**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JANE DOE 1 and JANE DOE 2, on behalf of
themselves and all similarly situated women

              Civil Action No. 15 CV 03849

        Plaintiff

              **AFFIDAVIT OF SERVICE**

    v.

**BENNY SANTIAGO**

        Defendant
----------------------------------------------------------X
STATE OF NEW YORK  )
           S.S.
COUNTY OF NEW YORK)

        **NELSON CARVAJAL,** being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

        That on the 23rd day of May, 2015, at approximately the time of 9:01am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, ORDER, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN, USDC, SDNY** upon **BENNY SANTIAGO** at 222-16 141st Avenue, Springfield Gardens, NY 11413 by personally delivering and leaving the same with his Daughter, **JAZMIN SANTIAGO,** a person of suitable age and discretion at that address, the actual place of residence.  At the time of service, deponent asked **JAZMIN SANTIAGO** whether **BENNY SANTIAGO** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **JAZMIN SANTIAGO** is a light (Hispanic) female, approximately 24 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 135 pounds with light brown hair and brown eyes.

        That on the 26th day of May, 2015, deponent served another copy of the foregoing upon **BENNY SANTIAGO** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**BENNY SANTIAGO**
222-16 141st Avenue
Springfield Gardens, NY 11413

_____
**NELSON CARVAJAL, 965441**

Sworn to before me this
27th day of May, 2015

_____
NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com