UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,

    Plaintiffs,

-against-

THE CITY OF NEW YORK and BENNY SANTIAGO,

    Defendants.

15 Civ. 3849 (AKH)

## NOTICE OF JOINT MOTION FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that upon the attached Declaration of Danielle P. Mindlin and the exhibits annexed thereto, and the attached Memorandum of Law in Support of the Parties' Joint Motion for a Protective Order, and upon all the pleadings heretofore filed in this action, the undersigned will move the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York, as soon as counsel can be heard, pursuant to Federal Rule of Civil Procedure 26(c), for an order entering a protective order in this matter.

Dated: New York, New York
       July 20, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _/s/ Mitchell A. Lowenthal_
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000

Of Counsel:
  Josh E. Anderson
  *jeanderson@cgsh.com*
  Danielle P. Mindlin
  *dmindlin@cgsh.com*

                THE LEGAL AID SOCIETY
                William D. Gibney
                *wdgibey@legal-aid.org*
                Marlen S. Bodden
                *mbodden@legal-aid.org*
                Barbara P. Hamilton
                *bphamilton@legal-aid.org*

                199 Water Street, 6th Floor
                New York, New York 10038
                Tel: (212) 577-3300

*Attorneys for Plaintiffs*

CITY OF NEW YORK LAW DEPARTMENT

By: _____/s/ Kimberly M. Joyce_____
      Kimberly M. Joyce
      *kjoyce@law.nyc.gov*

100 Church Street
New York, New York 10007
Tel: (212) 356-2650

*Attorneys for the City of New York*

KOEHLER & ISAACS LLP

By: _____
      Julie A. Ortiz
      *jortiz@koehler-isaacs.com*

61 Broadway, 25th Floor
New York, New York 10006
Tel: (917) 551-1317

*Attorneys for Benny Santiago*

Of Counsel:
   Josh E. Anderson
   *jeanderson@cgsh.com*
   Danielle P. Mindlin
   *dmindlin@cgsh.com*

                THE LEGAL AID SOCIETY
                William D. Gibney
                *wdgibey@legal-aid.org*
                Marlen S. Bodden
                *mbodden@legal-aid.org*
                Barbara P. Hamilton
                *bphamilton@legal-aid.org*

                199 Water Street, 6th Floor
                New York, New York 10038
                Tel: (212) 577-3300

                *Attorneys for Plaintiffs*

                CITY OF NEW YORK LAW DEPARTMENT

                By: _____
                Kimberly M. Joyce
                *kjoyce@law.nyc.gov*

                100 Church Street
                New York, New York 10007
                Tel: (212) 356-2650

                *Attorneys for the City of New York*

                KOEHLER & ISAACS LLP

                By: /s/ Julie A. Ortiz
                Julie A. Ortiz
                *jortiz@koehler-isaacs.com*

                61 Broadway, 25th Floor
                New York, New York 10006
                Tel: (917) 551-1317

                *Attorneys for Benny Santiago*