

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**ARTHUR G. LARKIN**
Senior Counsel
Phone: (212) 356-2641
Fax: (212) 356-3509
alarkin@law.nyc.gov

February 18, 2016

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>Jane Doe, et al., v. City of New York, et al.</u>, 15-CV-3849 (AKH)

Your Honor:

      We write in order to request a one-week extension of the date by which the City will move to modify the protective order in this case which allows plaintiffs Jane Doe 1 and Jane Doe 2 to proceed anonymously.  <u>Plaintiffs do not oppose this request</u>.  Currently, the motion is due on or before Friday, Feb. 19, 2016.  We request an extension to Feb. 26, 2016, and a corresponding extension of the dates by which all opposition and reply papers are due, as well.  This request is the second one that defendants have made.  If granted, this request would result in the following briefing schedule for the anticipated motion:  (i) all motion papers due on or before Feb. 26, 2016, (ii) all opposition papers due on or before March 11, 2016, and (iii) all reply papers due on or before March 18, 2016.

                                                            Respectfully submitted,

                                                            /s/
                                                     Arthur G. Larkin
                                                     Senior Counsel

cc:    All Counsel (by ECF)