UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>    Plaintiffs,<br><br>   -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>    Defendants. | 15 Civ. 3849 (AKH) |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL THE CITY TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiffs' Motion to Compel the City to Produce Documents, and the Declaration of Josh E. Anderson, dated February 23, 2016 (the "Anderson Declaration"), and all attached exhibits, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") will move this Court, at a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 37, for an order compelling the production of documents, and for such other relief as this Court deems just and proper; and

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, unless the Court orders otherwise, opposition papers are due seven days after service of the moving papers, and reply papers two days after service of the opposition papers.

Plaintiffs submit the following exhibits to the Anderson Declaration:

| Ex. 1 | Plaintiffs' First Set of Requests for Production of Documents to Defendant the City of New York Relating to Merits Discovery, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. July 13, 2015) |
|---|---|
| Ex. 2 | Defendant's Responses and Objections to Plaintiffs' First Set of Document Requests, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. Sept. 15, 2015) |
| Ex. 3 | Deposition Transcript of Sean Cussen, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. Dec. 23, 2015) (excerpt) |
| Ex. 4 | Letter from Danielle Mindlin to Arthur Larkin and Kimberly Joyce (Jan. 16, 2016) |
| Ex. 5 | Letter from Josh Anderson to Arthur Larkin and Kimberly Joyce (Jan. 22, 2016) |
| Ex. 6 | Letter from Josh Anderson to Arthur Larkin and Kimberly Joyce (Feb. 12, 2016) |

Dated: New York, New York
February 23, 2016

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ James L. Bromley
      James L. Bromley
      *jbromley@cgsh.com*

      One Liberty Plaza
      New York, New York 10006
      Tel: (212) 225-2000
      Fax: (212) 225-3999

Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*
Danielle P. Mindlin
*dmindlin@cgsh.com*

      William D. Gibney
      *wdgibney@legal-aid.org*
      Marlen S. Bodden
      *mbodden@legal-aid.org*
      Barbara P. Hamilton
      *bphamilton@legal-aid.org*
      THE LEGAL AID SOCIETY
      199 Water Street, 6th Floor
      New York, New York 10038
      Tel: (212) 577-3300

      *Attorneys for Plaintiffs*