UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



```
USDC SD
DOCUM
ELECT       FILED
DOC #:
DATE FILED: 4/11/16
```

---

JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,

Plaintiffs,

-against-

THE CITY OF NEW YORK and BENNY SANTIAGO,

Defendants.

15 Civ. 3849 (AKH)

---

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE 1'S MOTION TO SEAL HER REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL, AND EXHIBITS 9 AND 12 TO THE DECLARATION OF DANIELLE P. MINDLIN IN FURTHER SUPPORT OF PLAINTIFF JANE DOE 1'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

WHEREAS Plaintiff Jane Doe 1 filed her Motion to Seal Her Reply Memorandum of Law in Further Support of Her Motion for Class Certification and Appointment of Class Counsel, and Exhibits 9 and 12 to the Declaration of Danielle P. Mindlin in Further Support of Plaintiff Jane Doe 1's Motion for Class Certification and Appointment of Class Counsel, dated December 22, 2015 (the "Motion"), upon consideration of the Motion, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Reply Memorandum of Law in Further Support of Jane Doe 1's Motion for Class Certification and Appointment of Class Counsel shall be filed publicly with redactions (with unredacted copies maintained under seal), and Exhibits 9 and 12 to the Declaration of Danielle P. Mindlin, dated December 22, 2015, shall be filed under seal.

SO ORDERED.

Dated: 4-11-16

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE