IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, et al., <br><br> **Plaintiffs,** <br> - v. - <br><br> THE CITY OF NEW YORK, et. al., <br><br> **Defendants.** | Case No: 15-cv-3849 (AKH) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the attached declaration of Barry Coburn and the exhibits attached thereto, and Memorandum of Law in Support of The Moss Group's Motion For a Protective Order, the undersigned will move in this Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient to the Court, pursuant to Rule 26 of the Federal Rules of Civil Procedure, for an Order entering a protective order regarding documents subpoenaed by Plaintiffs in this matter.

Respectfully submitted,

/s/ *Barry Coburn*

Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave, NW
Second Floor
Washington, DC 20036
Tel: 202-470-1689
barry@coburngreenbaum.com