UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>　　　　　　Defendants. | 15 Civ. 3849 (AKH) |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL THE CITY TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiffs' Motion to Compel the City to Produce Documents and Respond to Interrogatories, and the Declaration of Josh E. Anderson, dated June 7, 2016 (the "Anderson Declaration"), and all attached exhibits, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") will move this Court, at a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 37, for an order compelling the production of documents and responses to interrogatories, and for such other relief as this Court deems just and proper; and

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, unless the Court orders otherwise, opposition papers are due seven days after service of the moving papers, and reply papers two days after service of the opposition papers.

Plaintiffs submit the following exhibits to the Anderson Declaration:

| Ex. 1 | Plaintiffs' Second Set of Requests for Production of Documents to Defendant the City of New York Relating to Merits Discovery, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. Mar. 21, 2016) |
|---|---|
| Ex. 2 | Defendant's Responses and Objections to Plaintiffs' Second Set of Document Requests, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. May 2, 2016) |
| Ex. 3 | Plaintiffs' Fourth Set of Requests for Production of Documents to Defendant the City of New York Relating to Merits Discovery, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. Apr. 29, 2016) |
| Ex. 4 | Plaintiffs' Fourth Set of Interrogatories to Defendant the City of New York, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. Apr. 29, 2016) |
| Ex. 5 | Defendant's Responses and Objections to Plaintiffs' Fourth Set of Document Requests, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. June 2, 2016) |
| Ex. 6 | Defendant's Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, *Jane Doe 1 v. City of New York*, No. 15 Civ. 3849 (AKH) (S.D.N.Y. June 2, 2016) |

Dated: New York, New York
June 7, 2016

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

      By: *James L. Bromley /JMK*
          James L. Bromley
          *jbromley@cgsh.com*

          One Liberty Plaza
          New York, New York 10006
          Tel: (212) 225-2000
          Fax: (212) 225-3999

Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*
Danielle P. Mindlin
*dmindlin@cgsh.com*

          William D. Gibney
          *wdgibney@legal-aid.org*
          Marlen S. Bodden
          *mbodden@legal-aid.org*
          Barbara P. Hamilton
          *bphamilton@legal-aid.org*
          THE LEGAL AID SOCIETY
          199 Water Street, 6th Floor
          New York, New York 10038
          Tel: (212) 577-3300

          *Attorneys for Plaintiffs*