

Barry Coburn
Admitted DC, MD, VA, NY
Direct Dial:  202-643-9472

June 8, 2016

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *Doe v. City of New York, 1:15-cv-03849-AKH*

Dear Judge Hellerstein:

      I am counsel for third-party subpoena recipient The Moss Group, and am writing to Your Honor to follow up on the preliminary reply memorandum I filed a few hours ago relating to Plaintiffs' motion to compel discovery and our motion for protective order.  In that submission, I referenced a conference call with Plaintiff's counsel that was set for 9:00 a.m, today.  Based on that telephone call, my view is that the parties are making good progress towards a conciliated resolution of their dispute, and should know (and report to the Court) by the end of the day, or first thing tomorrow, whether there will be any need for the Court to address this dispute.

Respectfully submitted,

Barry Coburn

cc:  copies to all counsel of record