UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>                Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>                Defendants. | 15 Civ. 3849 (AKH) |

## DECLARATION OF JOSH E. ANDERSON

I, Josh E. Anderson, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Jane Doe 1 and Jane Doe 2 ("Plaintiffs"). I am duly admitted to this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Motion to Narrow the Issues for Trial and/or for Partial Summary Judgment.

3. Annexed hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Excerpted transcript of the deposition of Jane Doe 2 on June 28, 2016 |
| Exhibit 2 | James Christo, Assistant Inspector General, City of New York Department of Investigation, Closing Memorandum dated June 25, 2014, Bates-stamped DEF_0001824-27 |
| Exhibit 3 | Excerpted transcript of the deposition of Belarminia Ortiz, Chief Investigator, City of New York Department of Investigation, on May 2, 2016 |
| Exhibit 4 | Excerpted transcript of the deposition of Ferdinand Torres, Captain of Investigation, "On-Loan" from the New York City Department of Correction to the City of New York Department of Investigation, on May 11, 2016 |

| Exhibit 5 | Excerpted transcript of the continued deposition of James Christo, Assistant Inspector General, City of New York Department of Investigation, on July 27, 2016 |
|---|---|
| Exhibit 6 | Excerpted transcript of the first deposition of James Christo, Assistant Inspector General, City of New York Department of Investigation, on March 24, 2016 |
| Exhibit 7 | New York City Police Department, Property Clerk Invoice No. 6000005083 dated May 14, 2013, Bates-stamped DEF_021628 |
| Exhibit 8 | Expert Report of Julie A. Heinig, Ph.D. dated November 4, 2016 |
| Exhibit 9 | DNA Diagnostics Center, Photographs of Brown Paper Bag dated May 18, 2016 |
| Exhibit 10 | New York City Department of Correction, Investigation Division, *Chapter 9.0: Vouchering Procedures and Preserving the Chain of Custody*, Investigation Manual, undated, Bates-stamped DEF_0002311-14 |
| Exhibit 11 | Expert Report of Sarah N. Philipps, served on December 9, 2016 |
| Exhibit 12 | Plaintiffs' Request for Admissions to the City of New York dated May 27, 2016[1] |
| Exhibit 13 | Plaintiffs' Fifth Set of Requests for Production of Documents to Defendant the City of New York Relating to Merits Discovery dated May 27, 2016 |
| Exhibit 14 | Defendants' [sic] Responses and Objections to Plaintiffs' Request for Admissions dated July 1, 2016[2] |
| Exhibit 15 | Defendants' [sic] Responses and Objections to Plaintiffs' Fifth Set of Requests for Production of Document [sic] to Defendant the City of New York Relating to Merits Discovery dated July 1, 2016 (without attachments) |

4. Pursuant to the Court's orders, the City sent a pair of pants collected during its investigation of Jane Doe 2's allegations against Santiago (the "Pants") to Plaintiffs' DNA expert, Dr. Julie Heinig, at the DNA Diagnostics Center for further testing. Based on an email from the City, I understand that the Pants were sent on May 17, 2016.

---

[1] Plaintiffs have redacted names and identifying information of certain current or former RMSC detainees that appear in requests for admission that are not relevant to this Motion.

[2] Plaintiffs have applied the same redactions to this exhibit as those made to Exhibit 12.

5. Based on UPS tracking information provided by Dr. Heinig, I understand that after concluding her testing of the Pants, Dr. Heinig returned the Pants to the City by overnight mail on November 7, 2016 and that the City received the Pants on November 8, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2017 in New York, New York.

                                                                Josh E. Anderson