# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>          Plaintiffs,<br><br>     -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>          Defendants. | 15 Civ. 3849 (AKH) |

**EXPERT REPORT OF JULIE A. HEINIG, PH.D.**

**November 4, 2016**

Julie A. Heinig, Ph.D.
Forensic Director/DNA Technical Leader
DNA Diagnostics Center (DDC)
jheinig@dnacenter.com

# TABLE OF CONTENTS

I.     Items Of Physical Evidence and Background ..................................................... 1

II.    Instructions ........................................................................................................ 1

III.   Test Findings .................................................................................................... 1

IV.   Chain of Custody Findings ................................................................................ 3

V.    Opinion ............................................................................................................. 6

APPENDICES ............................................................................................................ 11

Appendix A:  Curriculum Vitae ................................................................................. 12

Appendix B:  Documents Received/Reviewed ........................................................... 28

Appendix C:  Listing of Previous Cases (Expert Witness Past Involvement) ............. 30

Appendix D:  Fee Schedule for Expert Witness Services ........................................... 31

Appendix E:  Supplemental Forensic Report ............................................................. 32

## I.   ITEMS OF PHYSICAL EVIDENCE AND BACKGROUND

- DNA Diagnostics Center ("DDC") received one pair of blue jeans (Gap Original Bootcut; size 12) (the "Jeans") from Ryan Shaffer, Deputy Managing Attorney at NYS New York City Law Dept on May 18, 2016.  The Jeans were packaged in a sealed brown paper bag, labeled "EU#: 13-08571 ME#: Voucher#: 6000005083 Command FID 61# 2013-041-03130 Package(s) 1 Bag" and "EU#: 13 – 08571 FB#: FB13 – 02020 Voucher#: 6000005083 Item(s): 1."

- Cleary Gottlieb Steen & Hamilton LLP ("CGSH") requested DDC to examine the right leg, left leg, and the crotch and upper area of the Jeans for a stain, and to test the Jeans for semen and DNA.  Examination, serological analysis, and DNA analysis were performed on the Jeans and the results were reported on August 19, 2016.  DDC, Forensic Report #1 (JH_00000001-02).

- I recommended additional Y-STR DNA testing of the DNA extracts from the nonsperm fractions of the right leg, left leg, and the crotch and upper area of the Jeans. Y-STR testing was performed and the results were reported on November 2, 2016, a copy of which is attached hereto as Appendix E.

## II.   INSTRUCTIONS

- I have been asked to assume as true the following facts:

1. After Jane Doe 2 ("JD2") became incarcerated at Rose M. Singer Center ("RMSC") on December 2, 2012, JD2 washed the subject Jeans by hand with water.

2. JD2 wiped semen on the Jeans on or around late April or early May 2013.

3. JD2 did not wash the subject Jeans after she wiped semen on them.

## III.   TEST FINDINGS

- The brown paper bag containing the Jeans was opened on May 23, 2016 by DDC Forensic DNA Analyst Jessica York.  During the examination of the Jeans, Ms. York wore disposable latex gloves, a lab coat, and a mask.  The Jeans were examined visually for any stains, previous markings, or sections removed prior to receipt.  All of the pockets were empty upon receipt.  The Jeans were also examined with an alternate light source to detect any fluorescence indicating the presence of a body fluid such as semen. The findings from the examination of the Jeans were documented in the laboratory notes and the Jeans were photographed.

- Stains were not observed on the Jeans; however, a section (1/4 in. by 1/4 in.), removed prior to receipt, was observed on the right side of the crotch area, visible from the back of the Jeans. A line was drawn with a black marker around the section and was labeled "St. 1 AP neg." This label is presumed to refer to the section removed, which is labeled stain 1, and this section was tested for the presence of Acid Phosphatase ("AP"), resulting in a "negative" reaction. In other words, this section was negative for the presence of semen. Acid Phosphatase is an enzyme found in semen as well as other body fluids such as vaginal fluid.

- I requested that Ms. York swab the entire outside, right leg of the Jeans, which she did on June 6, 2016 with 2 moistened swabs. The swabs were air-dried overnight and then a section (1/8 of the swab) was removed from both of the swabs and tested for semen ("item 01.A"). Three tests were performed to identify the presence of semen, which included the AP screening test, the PSA test (prostate specific antigen), and microscopic analysis, which is used to detect the presence of spermatozoa. All of the tests were negative for the presence of semen.

- Ms. York was then requested to test the swabs from the right leg of the Jeans for the presence of DNA ("item 01.A.1"). Half of the remaining swabs were collected for DNA analysis. A differential extraction was performed on the swabs, which is a technique used to separate the DNA of spermatozoa (sperm fraction – s) from the DNA of other cellular material in the stain (nonsperm fraction – ns). During this extraction, further microscopic analysis is performed to detect if any spermatozoa are present that may have been collected onto the swabs from the right leg. No spermatozoa were detected. In addition, no DNA was obtained from the sperm fraction of the right leg ("item 01.A.1s"). A mixed DNA profile was obtained from the nonsperm fraction of the swabs from the right leg consisting of major and minor contributors ("item 01.A.1ns") with at least one male contributor.

- On June 28, 2016, I directed Ms. York to swab the outside, left leg ("item 01.B.1") and the outside, upper area and crotch of the Jeans ("item 01.C.1"). Both samples were tested for the presence of semen and DNA in a similar method as described above. Semen was not detected on the swabs of the left leg or upper area and crotch of the Jeans and no DNA was obtained from the sperm fraction of both of the samples ("item 01.B.1s" and "item 01.C.1s," respectively). A mixed DNA profile was obtained from the nonsperm fractions of the swabs from the left leg and the upper area and crotch of the Jeans ("01.B.1ns" and "01.C.1ns", respectively), similar to the results of the swabs from the right leg ("item 01.A.1ns"). The mixed DNA profiles from items 01.B.1ns and 01.C.1ns consisted of major and minor contributors with at least one male contributor. A comparison to these DNA profiles was not performed.

- Accordingly, the tests establish that, while there was no semen found on the right leg of the Jeans, there was male DNA found in the crotch area as well as on other parts of the Jeans.

- Additional Y-STR DNA testing was performed on the DNA extracts from the nonsperm fractions of items 01.A.1, 01.B.1, and 01.C.1. Y-STR DNA testing is a method that tests DNA on the male chromosome and ignores all of the female DNA that is present in the DNA extract. Y-STR DNA profiles were obtained from items 01.A.1ns, 01.B.1ns, and 01.C.1ns consisting of major and minor contributors. A comparison can be made with the major DNA profiles if a reference standard is submitted. The minor DNA is inconclusive for comparison.

## IV.  **CHAIN OF CUSTODY FINDINGS**

- The central purpose of documenting the chain of custody of physical evidence is to establish with confidence that the integrity of that evidence was maintained, and that nothing was done to the evidence that might affect any testing or examination of that evidence at a later time. The City of New York (the "City") recognizes this in its written procedures, and requires documentation – not testimonial evidence – to establish a chain of custody from the moment the evidence is taken into custody through to trial.

    1. The City's Investigation Manual, DEF_0002303-10, emphasizes that adherence to its procedure and best practices regarding chain of custody and vouchering of evidence is required to maintain the integrity of the evidence collected, in addition to the quality, integrity and credibility of the investigation itself.

        a. "[P]hysical evidence should . . . be marked and placed in a plastic bag and sealed, and a chain of custody form filled out prior to its vouchering and safekeeping . . . ." N.Y.C. Dep't of Correction, Investigation Div. ("DOC ID"), *Chapter 8.0: Crime Scene Best Practices*, Investigation Manual, at DEF_0002310 § 8.9 (DEF_0002303-10) ("DOC ID Manual Ch. 8.0").

        b. "A chain of custody is exactly that, an unbroken link that begins at the crime scene and documents that (a) custodial possession, and (b) integrity of evidence has been maintained. . . . the Department of Justice defines 'chain of custody' as a process used to maintain and document the chronological history of the evidence. . . . Maintaining the chain of custody is an enormous responsibility . . . . A person who presents physical evidence at a trial must demonstrate that the chain of custody was not broken. He or she must account for its

possession from time of receipt to time of trial in order for the evidence to be 'admitted.'" DOC ID, *Chapter 9.0: Vouchering Procedures and Preserving the Chain of Custody*, Investigation Manual, at DEF_0002311 § 9.2 (citations omitted) (DEF_0002311-14) ("DOC ID Manual Ch. 9.0").

c.   The lack of appropriate chain of custody and the use of vouchering procedures raises questions about whether the "evidence might have been fabricated or tampered with." DOC ID Manual Ch. 9.0, at DEF_0002313 § 9.3. "Using chain of custody and vouchering procedures and best practices demonstrates that the investigators have acted professionally by taking appropriate care in documenting and safeguarding evidence. Conversely, poor vouchering and chain of custody practices can also hurt the credibility of a case. It can leave the OATH judge wondering: If they cut corners here, where else might they have cut corners?" DOC ID Manual Ch. 9.0, at DEF_0002313 § 9.3.

- There is no documentary record in this case that covers the critical period from May 10, 2013 when, according to testimony, the Jeans were taken into custody, until May 14, 2013, when they were sent to the New York Police Department Property Clerk ("NYPD Property Clerk").

  1.   On May 10, 2013, while JD2 was in the clinic at RMSC, JD2's Jeans were collected from her cell by New York City Department of Investigation ("DOI") investigator Ferdinand Torres. Torres Dep. 215:10-15; *see also* James Christo, Assistant Inspector Gen., DOI, Closing Mem., at DEF_0001825 (June 25, 2014) (DEF_0001824-27).

  2.   Torres testified that immediately after collecting JD2's Jeans, Torres went to the clinic where JD2 was physically located to ask JD2 to confirm that the Jeans Torres collected from JD2's cell was the same pair of Jeans she had previously wiped Santiago's semen onto. Torres Dep. 223:15-224:25, 230:17-231:5.

       a.   JD2 testified that on May 10, when she was in the area where inmates have counsel visits, someone showed her a pair of pants in a bag, which she assumed to be the Jeans with Santiago's semen on them. JD2 Dep. 196:21-197:10.

3. Torres never documented what he did with the Jeans or when he transferred them to someone else. His testimony was in conflict. On the one hand, he testified that he recalled giving the Jeans to DOI Assistant Inspector General ("AIG") James Christo in the clinic on May 10, 2013, Torres Dep. 223:10-14, but on the other hand, he also testified that he might have stored the Jeans in the trailer on Rikers used by the Office of the Inspector General, which is called the IG trailer. *Id.* 229:20-230:5. There is no documentary evidence that the Jeans were ever stored in the trailer, much less the conditions under which they were stored – assuming they were ever there. In specific, there is no evidence that, if the Jeans were kept in the trailer, they were secured in some way that prevented them from being tampered with.

4. Further, Christo denies receiving the Jeans on May 10. He denied seeing Torres on May 10, 2013 and denied receiving the Jeans on that day as well. Christo Dep. 83:2-6, Mar. 24, 2016. To the contrary, he testified that he received the Jeans from Torres on May 14. *Id.* 142:3-5. I am unaware of any documentation reflecting when, where, or how Torres transferred the Jeans to Christo. Standard procedures and the City's own written practices require that there be such documentation. Indeed, "[e]ach transfer [of evidence] should be receipted. It is the responsibility of each transferee to ensure that the evidence is accounted for during the time that it is in his possession, that it is properly protected, and that there is a record of the names of the persons from whom he received it and to whom he delivered it, together with the time and date of such receipt and delivery." DOC ID Manual Ch. 9.0, at DEF_002314 § 9.4.

5. Moreover, Christo recalled that when he received the Jeans, they were in a large brown bag, and the bag was closed but not sealed. Christo Dep. 142:12-143:6, Mar. 24, 2016.

6. Christo delivered the Jeans to the NYPD Property Clerk in Jamaica, Queens, on May 14, 2013. Christo Dep. 141:9-11, 144:6, 17-19, Mar. 24, 2016. Thus, custody of the Jeans was not accounted for in any way until Christo brought the Jeans to the NYPD Property Clerk on May 14, 2013, four days after the Jeans were collected by DOI from JD2's cell. NYPD, Property Clerk Invoice No. 6000005083 (May 14, 2013) (DEF_021628) ("Property Clerk Invoice No. 6000005083"); NYPD, Chain of Custody for Invoice for Jane Doe 2's pants (May 14, 2013) (DEF_0016121).

7. In other words, there is no documentation – or other evidence – demonstrating where the Jeans were between May 10 and May 14 or how they were kept, or providing any assurance that the integrity of the Jeans was maintained during this critical time period.

## V.  **OPINION**

- **Primary Opinion:** The testing of the Jeans and the chain of custody evidence (a) indicates that there is a major male contributor of DNA on the Jeans, including in the crotch area, which had to have been put on the Jeans while JD2 was detained in RSMC and (b) confirms that the absence of semen on the tested areas of the jeans where JD2 stated she wiped it is consistent with that area of the jeans having been cleaned between May 10 and May 14, the period while they were in the City's custody but for which there is no chain of custody documentation or testimony attesting to the integrity of the jeans having been maintained.

- **Point 1:** The City's failure to account for the Jeans for four days after first taking custody deviates from both the City's own required procedures and industry standards.

  1. As noted, there is a gap in the City's chain of custody between May 10, 2013 until May 14, 2010.

     a. When chain of custody and vouchering procedures are not followed, the integrity of the evidence collected can reasonably be called into question, and cannot avoid an inference of wrongdoing.

        i. "A key reason for using appropriate chain of custody and vouchering procedures and best practices is its impact on how OATH or other judicial forums perceive the quality, integrity and thoroughness of the investigation." DOC ID Manual Ch. 9.0, at DEF_0002313 § 9.3.

     b. The possibility of evidence tampering cannot be foreclosed when investigators fail to use appropriate chain of custody and vouchering procedures.

        i. The lack of appropriate chain of custody and the use of vouchering procedures raises questions about whether the "evidence might have been fabricated or tampered with." *Id.*

6

2.  Failure to account for the Jeans for any period of time is a breach of standard chain of custody practices.

    a.  When property and evidence is collected in the course of a DOI investigation, DOI policy requires that a chain of custody be maintained and documented in writing, must account for each transfer starting with the point of collection, and must document that the evidence was properly protected and preserved.

        i.  The investigator charged with collecting evidence is required to fill out a chain of custody form prior to vouchering and safekeeping the piece of evidence in an evidence locker.  DOC ID Manual Ch. 8.0, at DEF_0002310 § 8.9.

        ii.  A proper chain of custody starts at the time the evidence was collected.

            1.  A chain of custody is "an unbroken link that begins at the crime scene and documents that (a) custodial possession, and (b) integrity of evidence has been maintained."  DOC ID Manual Ch. 9.0, at DEF_0002311 § 9.2.

            2.  "A person who presents physical evidence at trial must demonstrate that the chain of custody was not broken" and "must account for its possession from time of receipt to time of trial . . . ." *Id.*

        iii.  "Vouchers are the physical records that document the chain of custody process.  Preparing those documents is known as vouchering." *Id.* at DEF_0002313 § 9.4.

        iv.  "Each transfer [of evidence] should be receipted.  It is the responsibility of each transferee to ensure that the evidence is accounted for during the time that it is in his possession, that it is properly protected, and that there is a record of the names of the persons from whom he received it and to whom he delivered it, together with the time and date of such receipt and delivery." *Id.* at DEF_0002314 (citation omitted).

1. Well-accepted vouchering practices require that an evidence voucher include, among other information, *see* Property Clerk Invoice No. 6000005083, the names of each person or entity previously having custody of the property and the dates the items were collected or transferred. DOC ID Manual Ch. 9.0, at DEF_0002314 § 9.4.

2. Property Clerk Invoice No. 6000005083 for the Jeans in question does not include information regarding the initial collection of the Jeans, including that the Jeans were collected by Torres on May 10, 2013 or the whereabouts and custody of the Jeans from May 10 to May 14, 2013.

v.    There is, therefore, no documentary evidence establishing what happened to the Jeans during the critical time period between when they were seized on May 10 and when they were delivered to the NYPD Property Clerk four days later, on May 14, by AIG Christo. Similarly, there is no documentary evidence establishing where the Jeans were kept during that time period nor in what condition they were kept. And, there is accordingly no such evidence demonstrating that the Jeans were not tampered with during that time.

vi.    Notably, semen on the Jeans would likely still be visible or otherwise apparent on May 10, assuming that, as JD2 stated, she placed Santiago's semen on the Jeans in or around late April or early May 2013. Even if it were not visible then, JD2 told investigators, including AIG Christo, that she had placed Santiago's semen on the right thigh of those Jeans. DOI, Excerpts of handwritten notes from interview of JD2, at DEF_0001483-1500 (May 12, 2013) (DEF_0001470-1500) ("DOI Interview Notes"); *see also* Young Dep. 228:22-229:2. This interview took place prior to May 14. DOI Interview Notes, at DEF_0001470-83. Thus, investigators, including Christo, knew the area of the Jeans that contained Santiago's semen (the "Subject Area") before the Jeans were sent to the NYPD Property Clerk.

vii.    Hand washing the Subject Area could remove the semen from the Jeans.

- **Point 2:** The crotch and legs of JD2's Jeans had male DNA of an RMSC individual.

    1.  Y-STR DNA analysis of the jeans revealed the presence of a major male contributor – i.e., the DNA of one male individual – on the upper area and crotch of the jeans, in addition to the left and right legs of the jeans.

    2.  The presence of that male's DNA on JD2's Jeans is not attributable to a contact that occurred before JD2 entered RMSC on December 2, 2012.

        a.  JD2's Jeans were washed soon after JD2 entered RMSC on December 2, 2012.

        b.  It would not be likely that any DNA on JD2's Jeans prior to the Jeans being laundered would be detectable after they were laundered.

    3.  The presence of that male's DNA on JD2's Jeans is not attributable to the DOI officer who collected the Jeans from JD2's cell.

        a.  Torres wore gloves while he collected the Jeans from JD2's cell. Torres Dep. 219:24-220:2.

        b.  Torres placed the Jeans into a paper bag and rolled the bag up but did not seal it.  Torres Dep. 220:23-25, 222:22-223:2.

    4.  There is no evidence that, while incarcerated at RMSC from December 2, 2012 to April 14, 2013, JD2 came into physical contact with men, except for male RMSC employees.

        a.  RMSC is populated with all-female inmates.

        b.  RMSC employs male correctional officers and other male staff.

        c.  JD2 testified that Santiago touched her, including her Jeans.  JD2 Dep. 117:1-9, 128:1-23.

- **Point 3:** The presence of that male's DNA on the upper area and crotch, and right and left leg of the Jeans is not inconsistent with the results of the testing performed by the City of New York Office of Chief Medical Examiner ("OCME").

1.  The OCME laboratory results found no semen on the area of the Jeans OCME examined.  Dep't of Forensic Biology, OCME, Laboratory Report, at DEF_021620 (June 10, 2013) (DEF_021620-DEF_021624).

2.  A 1/4 x 1/4 inch section of the Jeans from the crotch region on the right side was cut by OCME for semen testing.

    a.  The OCME Forensic Biology Item Examination Worksheet indicates that the inner and outer crotch area of the Jeans weakly fluoresced under ALS (Alternate Light Source) and that that region of the Jeans was tested for the presence of semen.  The same document contains the "cutting details" for the section of the Jeans tested for semen.  Dep't of Forensic Biology, OCME, Item Examination Worksheet, at DEF_021639 (May 20, 2013) (DEF_021639-40).

    b.  When we received the Jeans from OCME, I observed that a section of the Jeans had been cut out on the back right crotch region.

3.  The analysis that we performed revealed the presence of male DNA on the Jeans in the following areas:  the outside, right leg, the outside, left leg, and the outside, crotch area including the upper area of the Jeans.

4.  Semen can be removed from clothing by hand washing.

- **Point 4:** The fact that I did not find semen on the Jeans is consistent with the semen having been washed off the Jeans before my (and OCME's) testing of them.

    1.  I did detect a major male contributor on the Jeans.

    2.  The DOI did not keep a proper chain of custody record, and cannot account for the Jeans for four days from May 10 to May 14, 2013.

    3.  The absence of semen in the Subject Area is consistent with washing of the jeans in that area to remove the semen.

Julie A. Heinig, Ph.D.

Date: 11/4/16

10

**APPENDICES**

**Appendix A:  Curriculum Vitae**

# CURRICULUM VITAE:        JULIE A. HEINIG

**ADDRESS:**

DNA Diagnostics Center
One DDC Way, Fairfield, Ohio, 45014
phone: (513) 881-7806 ext.# 2283
jah@dnacenter.com

**EMPLOYMENT:**

09/13-present
**DNA Technical Leader- Forensics**
DNA Diagnostics Center
Fairfield, Ohio

01/03-present
**Assistant Laboratory Director - Forensics**
DNA Diagnostics Center
Fairfield, Ohio

10/98-10/02
**Senior Forensic Scientist/DNA Analyst**
Cuyahoga County Coroner's Office
Cleveland, Ohio

01/96
**Instructor**, Department of Life Sciences, Scarborough Campus, University of Toronto - "Cell Junction" component of Cell Biology, upper level undergraduate course.

09/89-09/94
**Teaching Assistant**, Department of Life Sciences, Scarborough Campus, University of Toronto. Prepared materials, presented lectures, and assisted students with undergraduate lab coursework in Introductory Biology, Plant Morphology and Histology.

04/91
**Research Technician II**, Bedford Institute (SS Dawson Research Vessel), Dartmouth, Nova Scotia.  Conducted experiments on the gills of scallops and prepared the gill tissue for electron microscopy.

**EDUCATION:**

2003
**Online Coursework** - University of Florida
Structure and Function of Nucleotides PHA5436.
May 12 - August 4, 2003
Scientific Evidence and Statistics (Univ. of Edinburgh)
August 25 - December 8, 2003

2001
**Ph.D.** University of Toronto, Toronto, Ontario
Department: Anatomy and Cell Biology
Area of Study: Molecular Endocrinology and Development

12

Title: "Molecular Studies of Pituitary Hormones During the Life Cycle of the Lamprey"

1993                    **M.S.** University of Toronto, Toronto, Ontario
Department: Zoology.
Area of Study: Physiology and Morphology
Title: "The Morphology of the Anterior Intestine in Juvenile Anadromous Sea Lampreys, *Petromyzon marinus* L., Following Gradual Acclimation and Direct Transfer to Seawater"

1988                    **B.S.** Honours Biology Program at University of Toronto, Scarborough Campus.

## EXPERIENCE:

**Case Review and Consultation** - provide case review for defense attorneys by reviewing all pertinent discovery material to ensure the results are reliable, and the interpretation of the results support the conclusions. Consult with attorneys about their case, explain serological and DNA analysis (if requested) and provide litigation questions for cross examination.

**Observe DNA Testing at Crime Laboratories** – observe the entire DNA analysis process of evidentiary samples at other laboratories to ensure the results and conclusions are reliable.

**Forensic Accreditation** – Prepare for and obtain accreditation from NFSTC ISO/IEC 17025 and DAB standards (September 23, 2003); obtain NYSDOH to perform forensic casework in N.Y. (July 28, 2004); obtain ASCLD/LAB-*International* (June 10, 2005).

**DNA Analysis** – examine evidence, perform serology, extract DNA, quantify DNA (slot blot and RT-PCR), perform DQ-A1 and Polymarkers, Restriction Fragment Length Polymorphism (RFLP), STR (Profiler Plus, Cofiler, PowerPlex 16, Identifiler) and Yfiler DNA typing for casework.

**Bring Short Tandem Repeat (STR) (ABI 3100 and 310) Online for forensic casework** - set up the STR analysis (Profiler Plus and Cofiler) at CCCO; validate the STR typing method; write the STR protocol and training manual; develop proper documentation; train DNA analysts on the 310 instrument. Validate the NT system with the 310 instrument.

Set up the forensic lab at DDC; perform forensic validations for serology, DNA analysis, RT-PCR, STRs (Profiler Plus, Cofiler, Identifiler) and Yfiler, using the 3100 (Gene Scan and Genotyper) and 310 ABI instruments (GeneMapper v. 3.2); write the forensic standard operations manual and training manual and co-write the Quality Assurance manual; recruit and train forensic DNA analysts.

13

**Hand Examination and Analysis of Evidentiary Material for Trace Evidence** – while at CCCO examined hands of victims (homicide, suicide, or suspicious death) for blood, defects, hairs, fibers, gun shot residue and trace metal detection; analyzed clothing and evidentiary material visually and with an alternate light source; performed preliminary and confirmatory serological tests on blood/body fluid stains.

**Crime Scene Investigation** - documentation and collection of evidence.

**Prepare Written Case Report and Testify as Expert Witness -** interpret Short Tandem Repeat (STR) and Y-STR results; generate probability statistics; write case reports and perform technical review of other scientist's analysis and reports; inform attorneys, forensic analysts and law enforcement officials of our results; testify to my casework and that of other DNA scientists in the lab.

**Accreditation Preparation** - ensure compliance with ISO 17025, ASCLD/LAB-International and NYDSOH regulations and DAB standards which includes lab maintenance, proper documentation of lab and equipment maintenance, critical reagents, STR validations, employee proficiencies; preparation of Protocol, Training, and Quality Assurance manuals.

**CODIS Manager and Quality Assurance Manager at CCCO** - upload DNA profiles to the Combined DNA Information System (CODIS) at CCCO; maintain the CODIS system and perform administration; assign and monitor proficiency testing; oversee equipment maintenance; manage and maintain quality assurance in the lab.

**Seminars, Tours, Workshops and Mock Crime Scenes** - Provide seminars, tours, workshops and mock crime scenes at DDC and offsite, as well as previously at CCCO, to various groups (ie. attorneys, schools, universities, law enforcement agencies).

**Computer Skills** - Microsoft Word; Word; Adobe Photoshop; PowerPoint; Excel; Oligo; Geneworks; DNA Strider; Netscape; statistics programs; DNA and protein databases (ie. GenBank); ABI 310 and 3100 Collection; Genotyper; Genescan; GeneMapper;CODIS; Popstats; Sequence Navigator; Sequencing Analysis; DNA View.

**SPECIALIZED TRAINING:**

| | |
|---|---|
| 2016 | **Promega 27th International Symposium on HID** |
| | Minneapolis, MN – September 26-September 29, 2016 |
| 2016 | **Promega 27nd International Symposium on HID** |
| | Attended: Workshop: "Validation and Mixture Interpretation Standard Operating Procedures" |

14

Minneapolis, MN – September 26, 2016

2014      **Promega 25nd International Symposium on HID**
Phoenix, AZ – September 29-October 2, 2014

2014      **Promega 25nd International Symposium on HID**
Attended: Workshop: "NGS Advances in Human Forensic Genomics"
Phoenix, AZ – September 29, 2014

2013      **DNA Mixture Interpretation & Statistics using Likelihood Ratios**
MAFS 42nd Annual Meeing Dayton, OH
Instructor: B. Heidelbrecht
Sept. 30-Oct. 1, 2013

2013      **Midwestern Association of Forensic Scientists 42nd Annual Meeting**
Dayton Convention Center, Dayton, OH
October 3-4, 2013

2012      **Promega 23nd International Symposium on HID**
Nashville, TN – October 15-19, 2012

2012      **Promega 23nd International Symposium on HID**
Attended: Workshop: "Mixtures Interpretation"
Nashville, TN – October 15, 2012

2012      **Life Technologies**
 "HID Future Trends in Forensic DNA Technology Workshop"
Columbus, OH – September 6, 2012

2012      **Innocence Network Conference**
Kansas City, MO – March 30-31, 2012

2011      **Innocence Network Conference**
Cincinnati, OH – April 7- 10, 2011

2010      **Innocence Network Conference**
Atlanta, GA – April 16- 18, 2010

2009      **Promega 20th International Symposium on HID**
Overview given by Tom Reid, Ph.D.
DDC – October 30, 2009

2009      **Mike Shiver, Ph.D.**
Ancestry DNA/DNA Witness
DDC – October 7, 2009

2009      **UC Law School/Rosenthal Institute for Justice/**

**Ohio Innocent Project**
Cincinnati Museum Center – August 17, 2009

2009                    **Innocence Network Conference**
Houston, TX – March 20 - 22, 2009

2009                    **Mike Coble, Ph.D.**
"mtDNA Testing at AFDIL" (Armed Forces DNA Identification Laboratory)
DDC – March 10, 2009

2009                    **Cassie Johnson, M.S.**
"STR Analysis in Forensic Casework and Paternity Testing"
Workshop on Y-STR Mixtures
DDC – March 5, 2009

2009                    **AAFS 61th Annual Meeting**
Denver Convention Center
ABI Forum included
Denver, Colorado - February 18 - 20, 2009

2008                    **Promega 19th International Symposium on HID**
Attended: Workshop 10-16-08 "Troubleshooting Common Laboratory Problems"
Hollywood, California - October 13 - 16, 2008

2008                    **Dr. Odell Owens, M.D.**
Hamilton County Coroner – "Educate the Living"
DDC – March 12, 2008

2007                    **Dr. T. Reid, Ph.D.**
Associate Director, DDC
"Review of International Society for Forensic Genetics Meeting-Copenhagen"
DDC - September 6, 2007

2007                    **Dr. P. Lepont, Ph.D.**
"Applications of Directional Cell Migration"
DDC - June 29, 2007

2007                    **Dr. J. Sun, Ph.D.**
"Gene Polymorphisms of Natural Killer Cell Receptors"
DDC - June 1, 2007

2007                    **Dr. Conneally, Ph.D.**
"The Role of DNA in Forensics and Mass Tragedies"
DDC - May 18, 2007

2007                    **L. Farris**
"Internalization and Metabolic Activation of E. Coli O157:H7"

16

DDC - May 11, 2007

| | |
|---|---|
| 2007 | **Forensic e-Symposium, Human Identification**<br>"Profiling of Degraded and Low Amounts of DNA"<br>Live and Online - March 27, 2007 |
| 2006 | **DDC Workshop**<br>Review of Meetings and Workshops attended by staff<br>American Society of Human Genetics, AABB, Promega, MAFS<br>DDC - November 10, 2006 |
| 2006 | **Dr. L. Maddox**<br>"Validation and Application of a Duplex qPCR Assay"<br>DDC - October 16, 2006 |
| 2006 | **MAFS 36th Annual Meeting**<br>Indianapolis, Indiana October 9, 2006 - October 13, 2006<br>Workshops attended:<br>Promega's Integrated Solutions in Forensic DNA Technology, October 9, 2006<br> Review of DNA Testing Results, October 11, 2006 |
| 2006 | **ABI Real Time 7500 Training - Chemistry and Software**<br>FAS Catherine Caberello<br>DDC - August 17, 2006 |
| 2006 | **Dr. Charles Brenner**<br>"DNA View and Kinship"<br>DDC - August 14, 2006 |
| 2006 | **ABI Real Time 7500 - Installation and Training**<br>Service Engineer Greg LaCrosse<br>DDC - August 8, 2006 |
| 2006 | **Dr. R. Cotton**<br>"Testing Fundamentals and Preparation for Trials"<br>DDC - May 17, 2006 |
| 2006 | **ABI Trends Meeting**<br>Westin Hotel<br>Cincinnati, Ohio - April 5, 2006 |
| 2005 | **Promega 16th International Symposium on HID**<br>Attended: Statistics workshop; Automated DNA testing workshop;<br>Promega Trends seminar; SWGDAM meeting<br>Dallas, Texas - September 25 - 29, 2005 |
| 2005 | **National Association of Criminal Defense Lawyers Conference**<br>Barry Scheck |

New Orleans, Louisiana - February 10, 2005

2005          **ABI 310 Training and GeneMapper v. 3.**2
              FAS Catherine Caberello
              DDC - January 18, 2005


2004          **Paternity Testing**
              Dr. Chakraborty (University of Cincinnati)
              DDC - April 2, 2004

2004          **SNPs**
              Applied Biosystems
              DDC - February 27, 2004

2004          **Profitable Exhibiting & Better Booth Staffing**
              Skyline Exhibits
              Springdale, Ohio - February 5, 2004

2003          **National CODIS Conference**
              National Conference Center
              Lansdowne, Virginia - November 3 - 6, 2003

2003          **Association of Forensic Quality Assurance Managers (AFQAM) Conference**
              Embassy Suites
              Indianapolis, Indiana - October 6 - 9, 2003

2003          **Trends in Forensic DNA Technology**
              Applied Biosystems
              Westin
              Cincinnati, Ohio - August 26, 2003

2003          **NFSTC Accreditation for Forensic Testing**
              In compliance with requirements of ISO/IEC 17025 and DAB standards
              Assessors Dr. Lodge and Lucy Davis Houck
              DDC - June 9 -10, 2003

2003          **Real Time PCR Seminar**
              Catherine Caberello, Applied Biosystems
              DDC - April 3, 2003

2003          **AAFS 55**th **Annual Meeting**
              Hyatt Regency
              ABI Forum and HITA Meeting included; AAFS
              Chicago, Illinois - February 19 - 21, 2003

2003          **3100 Training**

18

Carol Schurzinger, Applied Biosystems
DDC - January 14 - 15, 2003

2002          **Performance Level Auditing for the Crime Laboratory Workshop**
              BCI&I
              National Forensic Science Technology Center
              Richfield, Ohio - April 17 - 18, 2002

2002          **CODIS Meeting**
              BCI&I
              Cindy Shannon
              Richfield, Ohio - March 11, 2002

2001          **CODIS Workshop**
              Cuyahoga County Coroner's Office
              Instructor: Cindy Shannon, BCI&I London, Ohio
              Cleveland, Ohio - April 4, 2001

2000          **Bloodstain Pattern Analysis Workshop**
              Cuyahoga County Coroner's Office
              Instructor: Toby Wolson
              Cleveland, Ohio - November 13 - 17, 2000

2000          **Microscopy Training Workshop**
              Cuyahoga County Coroner's Office
              Instructor: Jay Mansbach
              Cleveland, Ohio - September 14 - 15, 2000

2000          **STR Workshop - FBI**
              Cuyahoga County Coroner's Office
              Instructors: Jill Smerick and Debbie Hobson, DNA Unit I, Washington, D.C.
              Cleveland, Ohio - June 19, 2000

2000          **Mitochondrial DNA Analysis Course**
              Intensive 2 week course including theory, practical laboratory training, mock
              trials, sequence interpretation.
              Instructors: Alice Isenberg and Mitochondrial Examiners, Unit II, FBI Academy,
              Quantico, Virginia - June 5 - 16, 2000

2000          **Mock Trial Training - Expert Testimony in DNA**
              Cuyahoga County Coroner's Office
              Cleveland, Ohio - April 5, 2000

2000          **Short Tandem Repeat Workshop** (ABI 310 capillary electrophoresis)
              Cuyahoga County Coroner's Office
              Course Instructors: Catherine Caberello, Perkin Elmer

19

Cleveland, Ohio - February 6 - 10, 2000

1999                          **Mock Trial Training - Expert Testimony in DNA**
                              DQA1 and Polymarkers and RFLP.  Cuyahoga County Coroner's Office,
                              Cleveland, Ohio - July 10, 1999

1999                          **Short Tandem Repeat (ABI 310) Workshop - MAFS**
                              Interpretation of STR data on the ABI 310 CE.  Illinois State Police,
                              Chicago, Illinois - March 9 - 12, 1999

1998                          **Population Statistics in DNA Analysis**
                              Cuyahoga County Coroner's Office, Cleveland, Ohio
                              Course Instructors: Dr. George Carmody, University of Carleton, Ottawa, Canada
                              and Dr. Jennifer Smith, DNA Unit I, FBI
                              Washington, D.C. - December 8 - 9, 1998

1998                          **Mock Trial Training - Expert Testimony in Serology and DNA**
                              Cuyahoga County Coroner's Office
                              Cleveland, Ohio - November 22, 1998

1998                          **Forensic Polymerase Chain Reaction Typing Method D1S80**
                              Cuyahoga County Coroner's Office-Cleveland, Ohio
                              Course Instructors: Dr. Mohammed Tahir and Dr. K. Ballamurugan, Marion
                              County Forensic Laboratory
                              Indianapolis, Indiana - October 17 - 20, 1998

**INVITED INSTRUCTOR/**
**GUEST LECTURER**

2015                          **Ohio Association of Criminal Defense Lawyers**
                              CLE Presentation:  *"Behind the DNA Report"*
                              Cleveland, OH – October 23, 2015

2015                          **Ohio Innocence Project – Law Student Lab Tour and Workshop**
                              DDC – September 18, 2015

2014                          **Lake County Criminal Defense Lawyers Association**
                              CLE Presentation:  *"Behind the DNA Report"*
                              Kirtland, OH – September 26, 2014

2014                          **KY Innocence Project– Law Student Lab Tour and Workshop**
                              DDC – March 28, 2014

2013                          **Northern Kentucky University/KY Innocence Project**
                              Highland Heights, KY – March 29, 2013

2012                **Ohio Association of Criminal Defense Lawyers**
                    Death Penalty Seminar Presentation: *"DNA: Basics & Legal Applications"*
                    Columbus, OH – November 15, 2012

2012                **Innocence Network Conference**
                    Expert Panelist – Advanced Topics in DNA
                    Kansas City, MO – March 30-31, 2012

2012                **Northern Kentucky University/KY Innocence Project**
                    Highland Heights, KY – February 17, 2012

2011                **Innocence Network Conference**
                    Expert Panelist – Advanced Topics in DNA
                    Cincinnati, OH – April 7-10, 2011

2011                **Northern Kentucky University/KY Innocence Project**
                    Highland Heights, KY – February 11, 2011

2011                **University of Kentucky/KY Innocence Project**
                    Lexington, KY – February 18, 2011

2010                **Dayton Bar Association**
                    Dayton, OH – November 10, 2010

2010                **Greater Cincinnati Criminal Defense Lawyers Association**
                    Workshop/Tour - November 8, 2010

2010                **Ohio Innocence Project Director Mark Godsey**
                    August 16, 2010

2010                **Ohio Innocence Project – Law Student Lab Tour and Workshop**
                    DDC - August 12, 2010

2010                **Innocence Network Conference**
                    Expert Panelist – Advanced Topics in DNA
                    Atlanta, GA – April 16 - 18, 2010

2010                **University of Kentucky/KY Innocence Project**
                    Lexington, KY – February 5, 2010

2010                **Northern Kentucky University/KY Innocence Project**
                    Highland Heights, KY – January 29, 2010

2009                **Kentucky Innocence Project**
                    LaGrange, KY - November 3, 2009

2009                  **Ohio Criminal Defense Lawyers Association Seminar**
Columbus, OH – October 23, 2009

2009                  **New Orleans Innocence Project**
New Orleans, LA – September 23, 2009

2009                  **Greater Cincinnati Defense Lawyers Association**
Cincinnati, OH – August 12, 2009

2009                  **Kentucky Innocence Project: RFP Presentation**
Frankfort, KY – May 13, 2009

2009                  **Florida Association of Criminal Defense Lawyers**
Death Penalty Seminar - CLE Seminar:
Orlando, Florida - March 26, 2009

2009                  **Innocence Network Conference**
Expert Panelist – Advanced Topics in DNA
South Texas College of Law; Houston, Texas
March 21, 2009

2009                  **Kentucky Department of Public Advocacy**
Eastern Kentucky University Law School
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*
February 6, 2008

2009                  **Kentucky Department of Public Advocacy**
Northern Kentucky University Law School
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*
January 30, 2008

2008                  **Arkansas Association of Criminal Defense Lawyers**
CLE Seminar: *"Forensic DNA Basics & Legal Applications"*
Fayetteville, Arkansas - November 21, 2008

2008                  **Ohio Innocence Project and University of Cincinnati Law School**
*Laboratory Tour and DDC Overview*
DDC - July 29, 2008

2008                  **FBI - Cincinnati**
*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*
DDC - June 25, 2008

2008                  **Kentucky Department of Public Advocacy**
University of Kentucky Law School
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*

February 6, 2008

2008
**Kentucky Department of Public Advocacy**
Eastern Kentucky University Law School
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*
February 1, 2008

2008
**Kentucky Department of Public Advocacy**
Northern Kentucky University Law School
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*
January 30, 2008

2007
**Lake County Bar Association's Criminal Law Committee Seminar**
*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*
Milwaukee, Wisconsin - October 5, 2007

2007
**Union Township/Amelia Police Departments**
*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*
DDC - May 17, 2007

2007
**University of Cincinnati Clinical and Lab Science Program**
*"DNA Basics, Serology and Evidence Collection Workshop"*
DDC - April 12, 2007

2007
**Harris County Criminal Defense Lawyers Association**
*"Forensic DNA Basics, DNA Evidence Collection/Serology Workshop"*
Houston, Texas - March 29, 2007

2007
**Lee County Sheriff Office and State Prosecutor Office**
*"Collection of Evidence for DNA Analysis and Y-STR Roundtable Workshop"*
Ft. Myers, Florida - February 5 - 6, 2007

2006
**Ohio Association of Criminal Defense Lawyers**
Death Penalty Seminar - CLE Seminar:
*"Forensic DNA Basics & Legal Applications"*
Columbus, Ohio - November 16, 2006

2006
**Kentucky Department of Public Advocacy**
CLE Seminar:
*"Forensic DNA Basics & Legal Applications and Mock Crime Scene Workshop"*
DDC - August 25, 2006

2006
**Indian Hill Student Program** (AP Biology Class – Seniors)
*"DNA Basics, Serology and Evidence Collection Workshop"*
DDC - May 16, 2006

2006
**Ohio Innocence Project and University of Cincinnati Law School**

23

*Laboratory Tour and DDC Overview*
DDC - May 1, 2006

2006        **University of Cincinnati Clinical and Lab Science Program**
*"DNA Basics, Serology and Evidence Collection Workshop"*
DDC - April 20, 2006

2006        **Kentucky Association of Criminal Defense Lawyers**
CLE Seminar:
*"Forensic DNA Basics & Legal Applications and Mock Crime Scene Workshop"*
DDC - March 16 - 17, 2006

2006        **Indiana Public Defender's Office**
CLE Seminar: *"Forensic DNA Basics & Legal Applications"*
Indianapolis, Indiana - February 24, 2006

2006        **Law Enforcement (Cincinnati area) Workshop**
*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*
DDC - January 27, 2006

2005        **Central Ohio Association of Criminal Defense Lawyers**
CLE Seminar: *"DNA Trends and Forensic Applications"*
Columbus, Ohio - July 27, 2005

2005        **International Association for Identification: 90th International Educational Conference**
*"Forensic DNA Technology"*
Dallas, Texas - August 9, 2005

2005        **Greater Cincinnati Criminal Defense Lawyers Association**
CLE Seminar: *"DNA Trends and Forensic Applications"*
DDC - July 11, 2005

2005        **Law Enforcement Agencies in Fredricksburg and Travis County, Texas**
*"DNA Basics and Collection of Evidence for DNA Analysis"*
June 1 - 2, 2005

2005        **Law Enforcement Agencies in Southern Ohio**
*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*
DDC - January 22, 2005; February 18, 2005; March 4, 2005; March 15, 2005; March 23, 2005; May 27, 2005; July 29, 2005

2004        **DNA Diagnostics Center: Cincinnati Law Enforcement Agencies**
*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*
DDC  Open House- August 19, 2004

2004        **University of Cincinnati: Clinical Laboratory Science Program**
*"Molecular Applications in Forensics"*

24

DDC - April 12, 2004

2004          **Corporate Accounts**
              *"Forensics Overview"*
              DDC - March 17, 2004

2004          **HIT Conference (Homicide Investigators of Texas)**
              *"DNA Diagnostics Center Presentation"*
              Ft. Worth, Texas - March 2, 2004

2003          **DNA Diagnostics Center (upper management)**
              *"CODIS Presentation"*
              November 12, 2003

2003          **DNA Diagnostics Center (upper management)**
              *"AFQAM Presentation"*
              October 10, 2003

2003          **DNA Diagnostics Center (DDC departments)**
              *"2004 Forensic Overview"*
              March 6, 2003

2003          **DNA Diagnostics Center (laboratory)**
              *"AAFS Presentation"*
              February 27, 2003

2002          **DNA Diagnostics Center (upper management)**
              *"Collection of Evidence for DNA Analysis"*
              December 8, 2002

2002          **Police Academy - Cuyahoga County Coroner's Office**
              *"Collection of Evidence for DNA Analysis"*
              Cleveland, Ohio - January 22, 2002

2002          **CCCO Forensic Pathologists Meeting**
              *"STR Analysis and Probability Statistics"*
              Cleveland, Ohio - January 4, 2002

2001          **Independence School System (High school)**
              *"Forensic Science Techniques and DNA Analysis"*
              Cleveland, Ohio - May 5, 2001

2001          **Women In Science: Career Workshop**
              *"Hands-On Workshop in Forensics"*
              Cuyahoga Community College
              Cleveland, Ohio - January 13, 2001

2000          **Ohio State Coroner's Association Education Conference**
              *"DNA Collection: A How-To Guide and its Application in Forensics"*

Cleveland, Ohio - May 5, 2000

| | |
|---|---|
| 2000 | **Moreland Hills Police Department** |
| | Tour of Cuyahoga County Coroner's Office *"DNA Analysis in Forensics"* |
| | Cleveland, Ohio - November 1, 2000 and November 7, 2000 |
| 2000 | **Solomon Schecter Day School of Cleveland** (Middle school) |
| | *"Forensic Science Techniques and DNA Analysis"* |
| | Cleveland, Ohio - January 10, 2000 |
| | |
| 1999 | **Society of Applied Spectroscopy Conference** |
| | *"Forensic Science Techniques and DNA Analysis"* |
| | October 28, 1999 |
| | |
| 1999 | **Broadview Heights Detectives and Patrolmen** |
| | *"Crime Scene Seminar and Forensic Science Workshop"* |
| | Broadview Heights, Ohio - September 30, 1999 |
| | |
| 1999 | **Twinsburg High School** |
| | *"Forensic Science Techniques and DNA Analysis"* |
| | Cleveland, Ohio - April 13, 1999 |

**PROFESSIONAL
ASSOCIATIONS:**

American Academy of Forensic Sciences
Association of Forensic Quality Assurance Managers
Midwestern Association of Forensic Scientists

**RECOGNITION/AWARDS:**

| | |
|---|---|
| 1998 | **Open Scholarship**, University of Toronto |
| 1994 | **Seminar Series Award** for Best Speaker, Department of Anatomy and Cell Biology, University of Toronto. |
| 1992 | **Open Scholarship**, University of Toronto |
| 1991 | **Scarborough College Graduate Student Award**, University of Toronto. |

**PUBLICATIONS:**

**Heinig, J.A.** (2007) *The Use and Significance of Y-STR Testing*, The DDC Link: Forensic Newsletter, Fall, 2007.

**Heinig, J.A**. (2007) *DNA from Fingerprints*. Columbus Bar Association; Lawyer's Quarterly, Fall 2007.

**Heinig, J.A.** (2007*) One DNA Test…Many Interpretations…Reasonable Doubt?* The DDC Link: Forensic Newsletter, July, 2007.

**Heinig, J.A.** (2007*) DNA from Fingerprints.* The DDC Link: Forensic Newsletter, April, 2007.

Youson, J.H., **Heinig, J.A.,** Khanam, S.F., Sower, S.A., Kawauchi, H., and Keeley, F.W. (2006) Patterns of propiomelanocortin and proopiocortin gene expression and immunohistochemistry for gonadotropin-releasing hormones (1GnRH-I and III) during the life cycle of a nonparasitic lamprey: Relationship to this adult life history type. Gen Comp Endo., 148:54-71.


**PRESENTATIONS:**

Baird, M.L., **Heinig, J.A**., Davis, D.L., Sheets, K.,  Kirkpatrick, B. and Starr, D.B. (2015) Alleged Father with Chimeric Germline Tissue. Presented at Promega 16th International Symposium on HID. Grapevine, TX October 12 - 15, 2015.

Sheets, K.M., Kirkpatrick, B., Baird, M.L., **Heinig, J.A.,** Davis, D.L, and Starr, D.B. (2015) Paternity Reclaimed:Ancestry Testing Reveals a Unique Case of Congenital Chimerism. Presented at The American Society of Human Genetics, Baltimore, MD; October 6-10, 2015.

Peterson, J.W., Baird, M.L., Reid, T.M., Kraemer, C.M., Hodge, D.M., Schuh, C.M., Deickhoner, C.L., Ahmed, M.B., **Heinig, J.A**., Kahsar, M.D., Lee, S.C. and Lee, R.F. (2005) DDCPlex[TM] : The Use of Additional STR Loci for Solving Difficult Parentage and SibshipTests.  Promega 16th International Symposium on HID. Dallas, Texas September 25 - 29, 2005

Gamble, R.L., Suzuki, K., **Heinig, J.A.**, Youson, J.H., Keeley, F.W., and Sower, S.A. (1997) Isolation of cDNA encoding the precursor to lamprey gonadotropin-releasing hormone-I from the brain of the sea lamprey, *Petromyzon marinus..* Proceedings of the XIIIth International Congress of Comparative Endocrinology, Nov. 16-21, 1997. Yokohama, Japan. Advances in Comparative Endocrinology, S. Kawashima and  S. Kituyama, eds. Monduzzi Editore, Bologna, pp. 735-738

**Heinig, J. A**., Youson, J. H., and Keeley, F. W. (1996). Expression of two forms of POMC (proopiomelanocortin) during metamorphosis and sexual maturation of the lamprey. The FASEB Journal, Vol. 10 (No. 3). Presented at Experimental Biology '96, Washington, D.C., April 16 - 20, 1996.

**Heinig, J. A.,** Keeley, F. W., and Youson, J. H. (1994). Sequence of a POMC cDNA clone from lamprey pituitary. American Zoologist, Vol. 34 (No. 5). Presented at American Society of Zoologists, St. Louis, Missouri, January 4 - 8, 1995.

**Heinig, J. A**. and Youson, J. H. (1991). Freeze fracture and morphometric analyses of zonulae occludentes in the anterior intestinal epithelium of adult lampreys during osmoregulation. Developmental Biology, Vol. 45 (No. 2). Presented at American Association of Anatomists, New York, New York, March 11-15, 1992.

## Appendix B:  Documents Received/Reviewed

Since being retained in this matter, I have been provided with and/or reviewed the following:

1. Protective Order Concerning Confidential Information (July 30, 2015), ECF No. 24;
2. Tr. of Dep. of Ferdinand Torres, May 11, 2016;
3. Tr. of Dep. of James Christo, Mar. 24, 2016;
4. Tr. of Dep. of James Christo, July 27, 2016;
5. Tr. of Dep. of Jane Doe 2, June 28, 2016;
6. Tr. of Dep. of Rhonda Young, Mar. 22, 2016;
7. DOI, Excerpts of handwritten notes from interview of JD2 (May 12, 2013) (DEF_0001470-1500);
8. DOC ID, *Chapter 8.0: Crime Scene Best Practices*, Investigation Manual (DEF_0002303-10);
9. DOC ID, *Chapter 9.0: Vouchering Procedures and Preserving the Chain of Custody*, Investigation Manual, (DEF_0002311-14);
10. James Christo, Assistant Inspector Gen., DOI, Closing Mem. (June 25, 2014) (DEF_0001824-27);
11. NYPD, Chain of Custody for Invoice for Jane Doe 2's pants (May 14, 2013) (DEF_0016121);
12. Dep't of Forensic Biology, OCME, Case File No. FB13-02020 (DEF_021615-40), including but not limited to the following:
    a. Gangadai Ali, Dep't of Forensic Biology, OCME, Certification of Forensic Biology File, attaching Sept. 2, 2016 Order from Hellerstein, J. to produce evidence related to testing of pants (Sept. 13, 2016) (DEF_021615-16);
    b. Joy Galanda, Dep't of Forensic Biology, OCME, Certification of Forensic Biology File as a Business Record, attaching July 18, 2013 letter from Mimi C. Mairs requesting certified copy of case file (July 19, 2013) (DEF_021618);
    c. Dep't of Forensic Biology, OCME, Laboratory Report (June 10, 2013) (DEF_021620-DEF_021624);
    d. OCME, Evidence Tracking Form (DEF_021625-26);
    e. NYPD, Property Clerk Invoice No. 6000005082 (May 14, 2013) (DEF_021627);
    f. NYPD, Property Clerk Invoice No. 6000005083 (May 14, 2013) (DEF_021628);
    g. NYPD, Request for Laboratory Examination Report for Property Clerk Invoice No. 6000005082, RFL# 99000067340 (May 14, 2013) (DEF_021629-30);
    h. NYPD, Request for Laboratory Examination Report for Property Clerk Invoice No. 6000005083, RFL# 99000067344 (May 14, 2013) (DEF_021631-32);
    i. NYPD, Complaint # 2013-041-03130 (May 14, 2013) (DEF_021633-35);

      j.  Dep't of Forensic Biology, OCME, Schedule of Analysis (June 10, 2013) (DEF_021636);

      k.  OCME, Case Contacts (May 22, 2013) (DEF_021637);

      l.  Dep't of Forensic Biology, OCME, AP Results Report (May 22, 2013) (DEF_021638);

      m.  Dep't of Forensic Biology, OCME, Item Examination Worksheet (May 20, 2013) (DEF_021639);

      n.  Dep't of Forensic Biology, OCME, Packaging Examination Worksheet (May 20, 2013) (DEF_021640);

13. OCME, Forensic Biology Serology Manual (DEF_021641-90);

14. OCME, Evidence and Case Management Manual (DEF_021348-614).

### Appendix C:  Listing of Previous Cases (Expert Witness Past Involvement)

| Date | Case Name |
|---|---|
| July 6, 2012 | *Province of Ontario v. Michael Durrant* |
| Dec. 7, 2012 | *State of Florida v. Erskine Curry* |
| Dec. 10, 2012 | *State of Florida v. Robert Ochala* |
| Dec. 18, 2012 | *State of Oregon v. Michael Garrett* |
| Jan. 24, 2013 | *State of Florida v. Ralph Wright* |
| Feb. 12, 2013 | *State of West Virginia v. Scott Boothe* |
| Apr. 8, 2012 | *United States v. James Fells* |
| Apr. 12, 2013 | *State of Florida v. Matthew Blackert* |
| May 2, 2013 | *State of Florida v. Matthew Blackert* |
| May 10, 2013 | *State of Indiana v. Brian Kurth* |
| June 13, 2013 | *Commonwealth of Kentucky v. Leonard Mayhugh* |
| July 2, 2013 | *State of Ohio v. Johnny Johnson, Jr.* |
| July 9, 2013 | *State of Florida v. Dwight Dubose* |
| July 23, 2013 | *United States v. Paul Ashby* |
| Aug. 5, 2013 | *State of Florida v. Esdras Cardona* |
| Aug. 7, 2013 | *State of Ohio v. Steven Porter* |
| Sept. 3, 2013 | *State of Wisconsin v. Mary Krueger* |
| Oct. 11, 2013 | *State of Florida v. Arthur Tyson* |
| Oct. 15, 2013 | *State of Ohio v. LaFonse Dixon, Jr.* |
| Nov. 12, 2013 | *United States  v. Alex McCoy* |
| Jan. 15, 2014 | *State of Ohio v. Theodore Higdon* |
| Jan. 27, 2014 | *State of Ohio v. Brandon Hobbs* |
| Feb. 3, 2014 | *State of Texas v. Hank Skinner* |
| Mar. 26, 2014 | *State of Florida v. Nathaniel Poole* |
| May 22, 2014 | *State of Florida v. Fred Cooper* |
| June 2, 2014 | *United States v. James Dorsey* |
| July 30, 2014 | *State of Florida v. Henri LaRue* |
| Aug. 20, 2014 | *State of Florida v. Henri LaRue* |
| Sept. 10, 2014 | *State of Ohio v. Josh Landers* |
| Oct. 21, 2014 | *State of Florida v. Trevor Everington* |
| Oct. 24, 2014 | *State of Florida v. Dean McKee* |
| Nov. 3, 2014 | *State of Florida v. Louby Innocent* |
| Dec. 3, 2014 | *State of Florida v. Trevor Everington* |
| Jan. 13, 2015 | *State of Florida v. Raymond Morrison* |
| Feb. 4, 2015 | *State of Florida v. Trevor Everington* |
| Apr. 24, 2015 | *State of Florida v. Narcisse Antione* |
| July 10, 2015 | *Commonwealth of Kentucky v. Jeffrey Clark* |
| July 29, 2015 | *State of Florida v. Donald Muse* |
| Aug. 7, 2015 | *State of Florida v. Dwight Dubose* |
| Nov. 5, 2015 | *State of Ohio v. Douglas Prade* |
| Nov. 12, 2015 | *State of Ohio v. Josh Landers* |
| Dec. 8, 2015 | *State of New York v. Darius Turner* |
| June 8, 2016 | *Commonwealth of Pennsylvania v. Edwin Baez* |
| Aug. 18, 2016 | *State of Ohio v. Jason Lottig* |
| Sept. 1, 2016 | *State of Ohio v. Mario Welch* |

## Appendix D:  Fee Schedule for Expert Witness Services

I am being compensated $995 for the laboratory testing and $295 per hour for case work review.  Should I be required to travel to New York to testify at a deposition, I will be paid $1,800 for the day of testimony, plus expenses.  If I am able to testify over the phone or by video, I will be paid $295 per hour.  My compensation is not dependent upon the content of this report or the outcome of the litigation.

**Appendix E:  Supplemental Forensic Report**



DNA Diagnostics Center
Forensic Service
One DDC Way
Fairfield, OH 45014
1-800-406-1940
fax 1-800-310-9746

## SUPPLEMENTAL FORENSIC REPORT

Report #2

To:     Mr. Mitchell A. Lowenthal
        Cleary Gottlieb Steen & Hamilton LLP
        One Liberty Plaza
        New York, NY 10006

Date:   11/2/16

**DDC Case No.: F16-23722**
**City of New York Office of Chief Medical Examiner Lab No.: FB13-02020**

Subject: Benny Santiago (defendant)
         Jane Doe 2 (victim)

The following item was analyzed:

| DDC Item No. | NY Office Of Chief Medical Examiner Item No. | Description | Date Received |
|---|---|---|---|
| 01 | 1 | Jeans | 5/18/16 |

Deoxyribonucleic Acid (DNA) Results:
DNA extracts from items 01.A.1ns (DDC swab from right leg of jeans- nonsperm fraction), 01.B.1ns (DDC swab from left leg of jeans- nonsperm fraction), and 01.C.1ns (DDC swab from upper area and crotch of jeans-nonsperm fraction) were characterized through Polymerase Chain Reaction (PCR) at genetic loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA, and Amelogenin.

Conclusions:
The Y-STR DNA profiles obtained from items 01.A.1ns (DDC swab from right leg of jeans- nonsperm fraction), 01.B.1ns (DDC swab from left leg of jeans- nonsperm fraction), and 01.C.1ns (DDC swab from upper area and crotch of jeans-nonsperm fraction) are mixtures consisting of major and minor contributors. Comparisons to the major contributor can be made if a male reference standard is submitted. The minor Y-STR DNA profiles are inconclusive for comparison purposes.

Disposition of Evidence:
The evidence is stored in the DDC Forensic Department.

Jessica L. York, B.S.
Forensic DNA Analyst

Julie A. Heinig, Ph.D.
Assistant Laboratory Director
DNA Technical Leader
Technical Reviewer

# EXHIBIT 9



