# EXHIBIT 11

 

**Office of Chief Medical Examiner**

**Department of Forensic Biology**
**Charles S. Hirsch Center for Forensic Sciences**
421 East 26th Street, New York, New York 10016
Telephone: 212.323.1200   Fax: 212.323.1590
Email: dnalab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

Arthur Larkin
New York City Law Department
100 Church Street
Room 3193
New York, NY 10007

Re: FB13-02020

To Mr. Larkin:

I have been employed by the NYC Office of Chief Medical Examiner in the Department of Forensic Biology since September 2005. Presently, I am a Criminalist, Level IV. My duties included the following: supervising lower level Criminalists (Levels I-III), reviewing scientific data, performing technical review of case files, performing evidence examination and DNA analysis techniques, writing reports, testifying in court, reviewing evidence submitted to the laboratory for testing, and communicating with legal and police personnel.

On May 5, 2013, I examined a pair of jeans associated to FB13-02020 for the presence of semen. The jeans tested negative for the presence of semen, therefore no DNA testing was performed. All procedures were followed in accordance with Forensic Biology laboratory protocols, which are available on the NYC OCME/Forensic Biology website, http://www.nyc.gov/html/ocme/html/fbio/Manuals.shtml. Based on the results of my testing and analysis, I conclude that, if any DNA was present on the subject's jeans, it did not come from semen.

Sarah N. Philipps
Criminalist, Level IV

# Sarah N. Philipps

NYC Office of Chief Medical Examiner
Forensic Biology Laboratory
421 East 26th Street
New York, NY 10016
212-323-1331

## *Employment*

NYC Office of Chief Medical Examiner
Forensic Biology Laboratory

**Criminalist, Level IV**                         February 2014-present

Supervise Criminalists, Level I-III in examination of physical evidence and DNA analysis techniques. Review scientific data and perform technical reviews of casefiles. Perform evidence examination, DNA analysis techniques, write reports, and testify in court. Review evidence submitted to the laboratory for testing. Communicate with legal and police personnel.

**Criminalist, Level III**                        July 2007-February 2014

Supervise Criminalist, Level Is in serology and DNA analysis techniques. Review scientific data and perform technical reviews of simple casefiles. Perform evidence examination, DNA analysis techniques, write reports, and testify in court.

**Criminalist, Level II**                         September 2005-July 2007

Perform evidence examination, DNA analysis techniques, write reports, and testify in court.

## *Education*

**Masters of Science, Forensic Science**          Awarded May 2007
Pace University – New York, NY

**Bachelor of Arts, Genetics and Microbiology**   Awarded May 2003
Rutgers University – New Brunswick, NJ

Sarah Philipps Testimony Log

| Type of testimony | Appearance | Description |
| --- | --- | --- |
| Grand jury | 1/11/12 | People v Lovette Ross Hill |
| Grand jury | 4/10/12 | People v Nikolai Rakossi |
| Trial | 4/23/13 | People v Darryl Davis |
| Grand jury | 5/8/13 | People v Deshawn Meeks |
| Trial | 9/20/13 | People v Joseph Darlington |
| Grand jury | 10/29/13 | People v Bernhard Laufer |
| Grand jury | 2/24/14 | People v Justin Toussant |
| Trial | 3/6/14 | People v Reginald Parker |
| Grand jury | 3/14/14 | People v Alvin Nelson |
| Trial | 3/14/14 | People v Equan Southall |
| Trial | 7/8/14 | People v Atara Wisdom |
| Trial | 9/30/14 | People v Clarence Cash |
| Grand jury | 12/18/14 | People v Clement Hunter |
| Trial | 12/19/14 | People v Stephen Bolt |
| Grand jury | 3/23/15 | People v Sherwin Charles |
| Grand jury | 3/8/16 and 3/22/16 | People v Evan Raczkiewicz |
| Trial | 3/10/16 | People v Anna Adams |
| Deposition | 3/24/16 | Peter Kaplan v City |
| Trial | 5/10/16 | People v Lamont Macon |
| Trial | 5/24/16-5/26/16 | People v Melvin Davis |
| Trial | 8/9/16 | People v Joseph Johnson |
| Trial | 8/11/16 | People v Jovan Frederick |
| Trial | 9/28/16 | People v Frederick Mendes |