# EXHIBIT 12
REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1 and JANE DOE 2, on behalf of
themselves and all similarly situated women,

          Plaintiffs,

    -against-

THE CITY OF NEW YORK and BENNY
SANTIAGO,

          Defendants.

15 Civ. 3849 (AKH)

## PLAINTIFFS' REQUEST FOR ADMISSIONS

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") hereby request that defendant the City of New York (the "City") admit all of the following matters in writing and serve such admissions upon counsel to Plaintiffs, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than June 27, 2016. If the City fails to respond to this Request for Admissions within the time allowed, every matter set forth in this request may be deemed admitted and conclusively established against the City.

## INSTRUCTIONS

In the event a claim of privilege or other protection from disclosure is asserted in response to any request for admission or part thereof, and an answer is not provided on the basis of such assertion, identify the nature of the privilege or other protection from disclosure that is asserted; and provide sufficient information to assess the validity of the assertion of such privilege, including without limitation the type, date, author(s), addressee(s), recipient(s), and subject matter of the document, communication or other withheld matter.

## DEFINTIONS

1.      Plaintiffs incorporate by reference herein the Uniform Definitions in Discovery Requests set out in Rule 26.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York.

2.      "DOC ID" means the City of New York Department of Correction Investigation Division.

3.      "DOI" means the City of New York Department of Investigation.

4.      "Investigation" means Your investigation into the allegation that Jane Doe 2 was sexually abused by Bienvenido Santiago.

5.      "Notice of Claim" means the document produced by Plaintiffs bearing Bates numbers JANEDOES_00000029 through JANEDOES_00000030.

6.      "Record" means to memorialize with audio or video recordings.

7.      "Santiago" means defendant Bienvenido Santiago.

8.      "Pants" means the pair of pants belonging to Jane Doe 2 obtained by You in connection with the Investigation.

9.      "Voicemail" means the message ████████ left on the DOI answering machine on August 30, 2007, as memorialized in DEF_0001931.

10.      "You" or "Your" means the City of New York, and all persons acting or purporting to act on its behalf, whether or not authorized to do so.

## REQUEST FOR ADMISSIONS

**A.  Requests for Admissions Related to Documents**

      1.     Admit that each document produced by the City in this matter is a true and correct copy of a document contained in the City's files and that each such document is: (a) an authentic document, as that term is used in Federal Rule of Evidence 901(a); and (b) an admissible copy to the same extent as the original documents under Federal Rule of Evidence 1003.

**B.  Requests for Admissions Related to Facts**

      Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiffs request that the City admit the matters set forth below:

      2.     You have no documents within your possession, custody or control documenting the chain of custody of the Pants from May 10, 2013 through May 14, 2013.

      3.     You have no document within Your possession, custody or control memorializing any discussions between Jane Doe 2 on the one hand, and Ferdinand Torres or Belarmina Ortiz on the other hand.

      4.     You have no documents within your possession, custody or control that reflect contemporaneous notes taken by James Christo or Rhonda Young during their discussion with Santiago on May 10, 2013.

      5.     Other than the handwritten notes produced by You bearing Bates numbers DEF_0001470 through DEF_0001500, You have no other document within your possession, custody or control that reflect contemporaneous notes taken by James Christo or Rhonda Young during any discussion with Jane Doe 2.

      6.     You did not Record any conversation with Jane Doe 2 concerning the Investigation.

7.    You did not Record any conversation with Santiago concerning the Investigation.

8.    You did not Record any conversation concerning the Investigation.

9.    You did not subpoena any phone records from Santiago.

10.   In connection with the Investigation, You did not review recordings of any phone call placed by Jane Doe 2.

11.   In connection with the Investigation, You did not memorialize any review of recordings of any phone call placed by Jane Doe 2.

12.   In connection with the Investigation, You did not memorialize any review You conducted of GENETEC footage, other than through the statement made in the DOI Closing Memorandum (DEF_0001824 through DEF_0001827).

13.   You did not memorialize the specific cameras from which You reviewed any GENETEC recordings in connection with the Investigation.

14.   You did not memorialize the timestamp of any GENETEC recordings You reviewed in connection with the Investigation.

15.   You did not memorialize the content of any GENETEC recordings You reviewed in connection with the Investigation, other than through the statement made in the DOI Closing Memorandum (DEF_0001824 through DEF_0001827).

16.   You did not take notes of any communication with ███████████ in connection with the Investigation.

17.   You did not Record any communication with ███████████ in connection with the Investigation.

18.    You did not take notes of any communication with ▮▮▮▮▮▮ in connection with the Investigation.

19.    You did not Record any communication with ▮▮▮▮▮▮ in connection with the Investigation.

20.    You did not take notes of any communication with any inmate with the last name ▮▮▮▮▮ in connection with the Investigation.

21.    You did not Record any communication with any inmate with the last name ▮▮▮▮▮ in connection with the Investigation.

22.    You did not take notes of any communication with any inmate with the last name ▮▮▮▮▮ in connection with the Investigation.

23.    You did not Record any communication with any inmate with the last name ▮▮▮▮▮ in connection with the Investigation.

24.    You did not take notes of any communication with ▮▮▮▮▮▮, other than the document produced by You bearing Bates number DEF_0001776.

25.    You did not Record any communication with ▮▮▮▮▮▮ in connection with the investigation.

26.    You did not discipline Santiago in connection with the Investigation.

27.    DOI took no action in response to the report made by Captain Diane Medina concerning Santiago that is memorialized in her logbook, DEF_0014497.

28.    DOI has no record reflecting that Captain Diane Medina made a report concerning Santiago.

29.    DOI did not open an investigation concerning Captain Diane Medina's July 23, 2012 report concerning Santiago.

30.    You did not communicate with ███████ following receipt of the Voicemail.

31.    You did not take notes during, or otherwise memorialize, any communication with ███████ concerning the Voicemail.

32.    Other than memorializing the receipt of the Voicemail in DEF_0001931, DOI took no action in response to the Voicemail.

33.    Other than what is set out in DEF_0001931, DOI has no record reflecting that You took any investigative steps in response to the Voicemail.

34.    You did not interview or otherwise communicate with ███████ concerning the statements made by ███████ in the Voicemail.

35.    You did not take notes during, or otherwise memorialize, any communication with ███████ concerning the statements made by ███████ in the Voicemail.

36.    You did not interview or otherwise communicate with Santiago concerning the statements made by ███████ in the Voicemail.

37.    You did not take notes during, or otherwise memorialize, any communication with Santiago concerning the statements made by ███████ in the Voicemail.

38.    You did not Record any conversation with Santiago concerning the statements made by ███████ in the Voicemail.

39.    In May 2013, DOI did not have specific policies or procedures for investigating allegations of sexual abuse.

40.    DOI was not notified of the Notice of Claim, or the allegations contained therein, prior to December 17, 2014.

41.    DOI was not notified of the Notice of Claim, or the allegations contained therein, prior to May 19, 2015.

42.    DOC ID was not notified of the Notice of Claim, or the allegations contained therein, prior to May 19, 2015.

43.    DOC ID was not notified of the Notice of Claim, or the allegations contained therein, prior to August 19, 2015.

44.    DOI did not investigate the allegations of sexual abuse against Santiago documented in the Notice of Claim.

45.    DOC ID did not investigate the allegations of sexual abuse against Santiago documented in the Notice of Claim.

46.    You did not contact Jane Doe 1 or her attorneys in response to the Notice of Claim, other than as reflected in the documents produced by Plaintiffs bearing Bates numbers JANEDOES_00000031 and JANEDOES_00000032.

47.    You did not take any action in response to the allegations of sexual abuse against Santiago stated in the Notice of Claim, other than preparing and transmitting the documents produced by Plaintiffs bearing Bates numbers JANEDOES_00000031 and JANEDOES_00000032.

Dated: New York, New York
      May 27, 2016

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: _____

                     James L. Bromley
                     *jbromley@cgsh.com*

                     One Liberty Plaza
                     New York, New York 10006
                     Tel: (212) 225-2000
                     Fax: (212) 225-3999

Of Counsel:
    Mitchell A. Lowenthal
    *mlowenthal@cgsh.com*
    Josh E. Anderson
    *jeanderson@cgsh.com*
    Danielle P. Mindlin
    *dmindlin@cgsh.com*

                     THE LEGAL AID SOCIETY
                     William D. Gibney
                     *wdgibney@legal-aid.org*
                     Marlen S. Bodden
                     *mbodden@legal-aid.org*
                     Barbara P. Hamilton
                     *bphamilton@legal-aid.org*

                     199 Water Street, 6th Floor
                     New York, New York 10038
                     Tel: (212) 577-3300

                     *Attorneys for Plaintiffs*

TO: Kimberly Joyce, Esq.           CC: Julie A. Ortiz, Esq.
*kjoyce@law.nyc.gov*             *jortiz@koehler-isaacs.com*
New York City Law Department    Koehler & Isaacs LLP
100 Church Street                 61 Broadway, 25th Floor
New York, NY 10007            New York, NY 10006

*Attorneys for the City of New York*    *Attorneys for Benny Santiago*