# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,

    Plaintiffs,

-against-

THE CITY OF NEW YORK and BENNY SANTIAGO,

    Defendants.

---

15 Civ. 3849 (AKH)

**PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THE CITY OF NEW YORK RELATING TO MERITS DISCOVERY**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 26.3 of the Local Civil Rules of the United States District Court for the Southern District of New York, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") request that defendant the City of New York produce for examination, inspection, and copying, within thirty (30) days of the service hereof, all documents described below at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006.

## DEFINITIONS

1. Plaintiffs incorporate by reference herein the Uniform Definitions in Discovery Requests set out in Rule 26.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York (the "Local Civil Rules").

2. "Request for Admission" means any of the requests in Plaintiffs' Request for Admissions, dated May 27, 2016.

3. "You" or "Your" means the City of New York, and all persons acting or purporting to act on its behalf, whether or not authorized to do so.

## INSTRUCTIONS

1. In addition to following the rules of construction in Rule 26.3(d) of the Local Civil Rules, whenever necessary to bring within the scope of this Request documents that might otherwise be construed to be outside its scope: (a) the use of a verb in any tense shall be construed as the use of that verb in all other tenses; and (b) the use of the feminine, masculine or neuter genders shall include all genders.

2. No Request herein shall be construed with reference to any other Request herein for the purpose of limitation.

3. These Requests include all documents in Your possession, custody or control, regardless of location, including but not limited to all documents in the possession of family members, agents, employers, representatives, attorneys or other persons.

4. All documents shall be produced in the manner in which they are maintained in the usual course of business. A request for a document shall be deemed to include a request for any and all file folders or binders within which the document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document in addition to the document itself.

5. All documents requested herein shall be produced in their entirety, along with any attachments, drafts, and non-identical copies, including copies that differ due to handwritten notes or other notes or markings.

6. Provide all Electronically Stored Information ("ESI") in standard single-page Group IV TIFF format, with Bates numbers applied to each page, except provide in native format all Microsoft Excel files and other spreadsheets and any other files that are not reasonably usable in TIFF format. For each document, provide a file containing extracted or otherwise searchable text. Include in the production a Concordance-compatible image load file

and a data file containing all reasonably available metadata for all documents in the production, including the following fields as appropriate for the file type: author(s), recipient(s), blind copy recipient(s), subject, document type, custodian, file creation date, file modification date, access date, last saved by, file path and folder information. Provide each document with all of its attachments, with family relationships among the documents indicated as metadata fields in the data file. Produce audio, audiovisual, and video files in their native formats.

7. In the event You withhold any document called for by this Request on the basis of a claim of privilege, You shall provide the information required by Rule 26.2 of the Local Civil Rules.

8. In the event that any document called for by this Request has been destroyed or discarded, You shall provide a written document identifying the documents so lost, discarded, or destroyed as completely as possible, providing at least the following information: (i) the type of document; (ii) any addressor and addressee; (iii) any indicated or blind copy recipients; (iv) the document's date, subject matter, number of pages, and attachments or appendices; (v) all persons to whom the document was distributed, shown, or explained; (vi) the document's date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; and (vii) the persons authorizing and carrying out such destruction or discard.

9. If the response to any Request consists in whole or in part of an objection based upon undue burden, then with respect to such response: (a) produce such documents as can be provided without undue burden; and (b) state with particularity the basis for such objection, including a description of the process or method required to obtain documents responsive to the Request and the estimated cost and time required to obtain documents responsive to the Request.

10. If objection is made to any of the Requests, the response shall state whether documents are being withheld from inspection and production on the basis of such objection, or whether inspection and production of the responsive documents will occur notwithstanding such objection.

11. If there are no documents responsive to any particular request, the response shall state so in writing.

12. These Requests are continuing in nature. In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, You are required promptly to serve supplementary responses and produce additional documents if You obtain further or different information.

## DOCUMENTS REQUESTED

**REQUEST FOR PRODUCTION NO. 34**

With respect to any Request for Admission for which You did not make an unqualified admission, all documents, not already produced, that support Your response.

Dated: New York, New York
       May 27, 2016

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
     James L. Bromley
     *jbromley@cgsh.com*

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Of Counsel:
  Mitchell A. Lowenthal
  *mlowenthal@cgsh.com*
  Josh E. Anderson
  *jeanderson@cgsh.com*
  Danielle P. Mindlin
  *dmindlin@cgsh.com*

                THE LEGAL AID SOCIETY
                William D. Gibney
                *wdgibney@legal-aid.org*
                Marlen S. Bodden
                *mbodden@legal-aid.org*
                Barbara P. Hamilton
                *bphamilton@legal-aid.org*

                199 Water Street, 6th Floor
                New York, New York 10038
                Tel: (212) 577-3300

                *Attorneys for Plaintiffs*

TO: Kimberly Joyce, Esq.          CC: Julie A. Ortiz, Esq.
*kjoyce@law.nyc.gov*            *jortiz@koehler-isaacs.com*
New York City Law Department    Koehler & Isaacs LLP
100 Church Street                 61 Broadway, 25th Floor
New York, NY 10007            New York, NY 10006

*Attorneys for the City of New York*    *Attorneys for Benny Santiago*

5