# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,

                                                Plaintiffs,

-against-

THE CITY OF NEW YORK and BENNY SANTIAGO,

                                                Defendants.

------------------------------------------------------------------------- x

**DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENT TO DEFENDANT THE CITY OF NEW YORK RELATING TO MERITS DISCOVERY**

15 Civ. 3849 (AKH)

        Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant responds and objects to plaintiffs' Fifth Set of Request for Productions of Documents to Defendant the City of New York Relating to Merits Discovery as follows:

### GENERAL STATEMENT AND GENERAL OBJECTIONS

        1.        By responding to any request, defendants do not concede the materiality of the subject to which it refers. Defendants' responses are made expressly subject to, and without waiving or intending to waive, any questions, or objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence or for any other purpose, of any of the documents or information produced, or of the subject matter thereof, in any proceeding including the trial of this action or any subsequent proceeding.

        2.        Defendants object to this Interrogatory and Document Request to the extent that it demands documents and/or information which are protected by the attorney-client or work-product privilege, or which constitute material prepared for litigation purposes.

        3.        Inadvertent production of any document or information which is privileged, was prepared in anticipation of litigation, or is otherwise immune from discovery,

shall not constitute a waiver of any privilege or of another ground for objecting to discovery with respect to that document or any other document, or its subject matter, or the information contained therein, or of defendants' right to object to the use of any such document or the information contained therein during any proceeding in this litigation or otherwise.

4. Defendants object in the entirety to any request for information or production from entities not represented by the Corporation Counsel of the City of New York.

5. Defendants further object in the entirety to the interrogatories to the extent that they seek the home address of individuals identified by the defendants in response to the Interrogatories.

6. With respect to the request for the production of documents, defendants will provide, under separate cover, a privilege index, if appropriate.

7. Defendants will comply with their obligation to supplement pursuant to Federal Rules of Civil Procedure 26(e).

8. Defendants are continuing to search for information responsive to plaintiff's requests and therefore reserve the right to supplement their response to each request with additional information, if and when such information becomes available to defendants' counsel. Defendants also reserve the right to object to the future disclosure of any such information.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR DOCUMENTS

**DOCUMENT REQUEST NO. 1:**

With respect to any Request for Admission for which You did not make an unqualified admission, all documents, not already produced, that support Your response.

**OBJECTION AND RESPONSE TO REQUEST NO. 1:**

Subject to the foregoing general objections, defendants refer plaintiffs to the documents stored with, and kept with, the Pants, including the brown paper bag in which investigators placed the Pants after they took them from plaintiff Jane Doe 2's cell, and to the documents produced herewith. Defendants reserve the right to supplement this response and to produce additional relevant documents up to and including a reasonable time prior to trial.

Dated:    New York, New York
          July 1, 2016

                              ZACHARY W. CARTER
                              Corporation Counsel of the
                                City of New York
                              *Attorney for Defendants*
                              100 Church Street, Room 3-177
                              New York, New York 10007
                              (212) 356-2641

                         By:  _____
                              ARTHUR LARKIN
                              *Assistant Corporation Counsel*

TO:   CLEARY GOTTLIEB STEEN & HAMILTON LLP
      JAMES L. BROMLEY
      One Liberty Plaza
      New York, New York 10006
      Tel:   (212) 225-2000
      Fax:   (212) 225-3999

Of counsel:

Mitchell A. Lowenthal
mlowenthal@cgsh.com
Josh E. Anderson
jeanderson@cgsh.com
Danielle P. Mindlin
dmindlin@cgsh.com

THE LEGAL AID SOCIETY
William D. Gibney
wdgibney@legal-aid.org
Marlen S. Bodden
Barbara P. Hamilton
bphamilton@legal-aid.org
199 Water Street, 6th Floor
New York, New York 10038
Tel: (212) 577-3300

*Attorneys for Plaintiffs*