UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br>Plaintiffs,<br><br>        -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>                Defendants. | **NOTICE OF MOTION**<br><br>CIVIL NO. 15 CV 3849 (AKH) |

Plaintiffs Jane Doe 1 and Jane Doe 2 respectfully move this Court for an Order: (1) issuing a Writ of *Habeas Corpus Ad Testificandum* to secure the attendance of Misty Wilson to testify at an evidentiary hearing on May 8, 2017 and at the trial of this action, commencing May 9, 2017, until the trial has concluded, at the United States District Court at 500 Pearl Street, New York, NY 10007; (2) commanding the New York State Department of Corrections and Community Supervision, located at Bedford Hills Correctional Facility, 247 Harris Road, Bedford Hills, NY 10507, to produce Ms. Wilson to the custody of the Federal Bureau of Prisons at the Metropolitan Correctional Center, located at 150 Park Row, New York, New York 10007; (3) commanding the Federal Bureau of Prisons to house Ms. Wilson at the Metropolitan Correctional Center once the New York State Department of Corrections and Community Supervision has complied with the Writ of *Habeas Corpus Ad Testificandum*; (4) commanding the United States Marshal for the Southern District of New York to take custody of Ms. Wilson and transfer her to and from the Metropolitan Correction Center and the Courthouse; and (5) permitting Ms. Wilson to testify at the hearing and trial unshackled and wearing civilian clothing.

This motion is based on the Declaration of Marlen S. Bodden dated April 13, 2017 and Memorandum of Law dated April 13, 2017.

Dated:  New York, New York
          April 13, 2017

Respectfully submitted,

By:  <u>Marlen S. Bodden</u>
THE LEGAL AID SOCIETY
William H. Gibney
*wdgibney@legal-aid.org*
Marlen S. Bodden
*mbodden@legal-aid.org*
Barbara P. Hamilton
*bphamilton@legal-aid.org*
199 Water Street, 6th Floor
New York, New York 10038
Tel: (212) 577-3300

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley
*jbromley@cgsh.com*
Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Plaintiffs*

TO:  All Counsel (By ECF)