UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JANE DOE 1 and JANE DOE 2,

                                       Plaintiffs,

              -against-

THE CITY OF NEW YORK, et al.,

                                       Defendants.

------------------------------------------------------------------------ X

**NOTICE OF MOTION**

15-CV-3849 (AKH)

        **PLEASE TAKE NOTICE**, that upon the memorandum of law submitted herewith, the attachments thereto, and upon all prior pleadings and proceedings had herein, defendants will move this court, Hon. Alvin K. Hellerstein, at the Courthouse, 500 Pearl Street, New York, New York, on May 1, 2017, or such other date and time as may be determined by the court, for an order granting the following motions *in limine*:

        (1)     Limiting the evidence on plaintiffs' respective cases-in-chief and requiring all available witnesses to testify in person rather than by deposition;

        (2)     Excluding or limiting the testimony of plaintiffs' experts Julie Heinig and Timothy Ryan;

        (3)     Limiting the evidence concerning plaintiffs' <u>Monell</u> claims;

        (4)     Excluding or limiting the evidence concerning the City's investigation into the allegations made by plaintiff Jane Doe 2;

        (5)     Excluding all evidence concerning the report created by The Moss Group;

        (6)     Excluding any evidence concerning a purported photo identification, or any other identification, of Santiago by JD-1's mother;

(7) Excluding all evidence concerning JD-1's alleged sexual relationship with Santiago during 2008-9, or earlier;

(8) Excluding all evidence concerning Santiago's disciplinary history;

(9) Declining to consider or enter injunctive relief, at this time; and

(10) For such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the court's scheduling order, all papers in opposition to the instant motion must be served to as to be received by the undersigned no later than April 24, 2017.

Dated:   New York, New York
         April 17, 2017

                    ZACHARY W. CARTER
                    Corporation Counsel of the City of New York
                    *Attorney for Defendants*
                    100 Church Street
                    New York, New York 10007
                    (212) 356-2641 or -2650

                    By:  _____/s/_____
                         Arthur G. Larkin
                         Kimberly M. Joyce
                         Senior Counsels

TO:   All Counsel (by ECF)