UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>                    Defendants. | 15 Civ. 3849 (AKH) |

**NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORT AND PROPOSED TRIAL TESTIMONY OF THERESA LANTZ**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Joseph Kay, dated April 17, 2017, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") hereby move this Court, at a date and time to be determined by the Court, for an order excluding the expert report and proposed trial testimony of defendant the City of New York's (the "City") corrections expert Theresa Lantz; and

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's orders, opposition papers are due on April 24, 2017.

Plaintiffs submit the following exhibits to the Kay Declaration:

| Exhibit 1 | Expert Report of Timothy P. Ryan, dated November 3, 2016 |
|---|---|
| Exhibit 2 | Excerpted transcript of the deposition of Theresa Lantz on February 8, 2017 |
| Exhibit 3 | Expert Report of Theresa Lantz, dated December 9, 2016 |
| Exhibit 4 | Sexual Safety Assessment Report: New York City Department of Correction, by The Moss Group, Inc., dated June 2015, Bates-stamped DEF_0014410-95 |

Dated: New York, New York
April 17, 2017

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ James L. Bromley
James L. Bromley
*jbromley@cgsh.com*

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*

William D. Gibney
*wdgibey@legal-aid.org*
Marlen S. Bodden
*mbodden@legal-aid.org*
Barbara P. Hamilton
*bphamilton@legal-aid.org*
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038
Tel: (212) 577-3300

*Attorneys for Plaintiffs*

2