UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>     Plaintiffs,<br><br> -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>     Defendants. | 15 Civ. 3849 (AKH) |

**NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORT AND PROPOSED TRIAL TESTIMONY OF MANUEL LOPEZ-LEON, M.D.**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Katherine C. Ellis, dated April 17, 2017, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") hereby move this Court, at a date and time to be determined by the Court, for an order excluding the expert report and proposed trial testimony of defendant the City of New York's (the "City") psychiatric expert Manuel Lopez-Leon, M.D.; and

  PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's orders, opposition papers are due on April 24, 2017.

Dated: New York, New York
April 17, 2017

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ James L. Bromley
       James L. Bromley
       *jbromley@cgsh.com*

       One Liberty Plaza
       New York, New York 10006
       Tel: (212) 225-2000
       Fax: (212) 225-3999

Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*

       William D. Gibney
       *wdgibney@legal-aid.org*
       Marlen S. Bodden
       *mbodden@legal-aid.org*
       Barbara P. Hamilton
       *bphamilton@legal-aid.org*
       THE LEGAL AID SOCIETY
       199 Water Street, 6th Floor
       New York, New York 10038
       Tel: (212) 577-3300

       *Attorneys for Plaintiffs*