UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>　　　　　　Defendants. | 15 Civ. 3849 (AKH) |

**DECLARATION OF KATHERINE C. ELLIS IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORT AND PROPOSED TRIAL TESTIMONY OF MANUEL LOPEZ-LEON, M.D.**

I, Katherine C. Ellis, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Jane Doe 1 and Jane Doe 2 ("Plaintiffs"). I am duly admitted to this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Motion *in Limine* to Exclude the Expert Report and Proposed Trial Testimony of Manuel Lopez-Leon, M.D.

3. Plaintiffs have produced 2785 pages of Jane Doe 1's medical and mental health records in this lawsuit. Medical and Mental Health Records of Jane Doe 1 (JANEDOES_00000618-3402) ("JD1 Records").

4. Certain of the records produced flatly contradict several of the assertions regarding Jane Doe 1 made by Dr. Lopez-Leon in his undated Forensic Psychiatric Evaluation (the "Lopez-Leon Report").

5.   First, Dr. Lopez-Leon asserts: "There is no mention of sexual abuse in any previous medical or mental health evaluations." Lopez-Leon Report at 17. This assertion is contradicted by a record dated June 26, 2012, which states, in part: "Pt [patient] is seen. She reports irritable mood and nightmares about her past abusive experiences." JD1 Records, at JANEDOES_00002641-43. This assertion is also contradicted by a record dated July 25, 2012, which states, in part: "[Jane Doe 1's] history is significant for several incarcerations, placement on MO [mental observation] unit, self harm attempts/gestures and trauma in the form of physical and sexual abuse." *Id.* at JANEDOES_00002611-12.

6.   Second, Dr. Lopez-Leon asserts: "There are no self-reported or observed symptoms of Post Traumatic Stress Disorder ["PTSD"] in any previous mental health evaluations." Lopez-Leon Report at 17. As Dr. Lopez-Leon testified, irritable behavior, nightmares, sleep disturbance and persistent negative thoughts about oneself and the world are all symptoms of PTSD. Lopez-Leon Dep. 84:17-85:5; 167:21-25. These symptoms are all documented in Jane Doe 1's medical and mental health records. *See, e.g.*, JD1 Records, at JANEDOES_00002641-43 (Jane Doe 1 reports "irritable mood and nightmares about her past abusive experiences" during June 26, 2012 appointment), JANEDOES_00002429-32 (Jane Doe 1 reports during Oct. 7, 2014 appointment that "[s]leep is poor and appetite is fair. . . . She reports AH [auditory hallucinations] that 'are getting loud.' 'They tell me I am terrible.'"), JANEDOES_00000757-59 (during Nov. 19, 2012 appointment, Jane Doe 1 reports: "My life is miserable and I don't feel good").

7.   Third, Dr. Lopez-Leon asserts: "[Jane Doe 1's] newly reported symptoms of having 'flashbacks', 'nightmares', and 'being easily startled', are not previously mentioned or documented in any of the multiple mental health evaluations performed in the past." Lopez-

2

Leon Report at 17. This assertion is contradicted by several records where Jane Doe 1 complains of nightmares. *See, e.g.*, JD1 Records, at JANEDOES_00002228-30 (Jane Doe 1 reports during Aug. 21, 2012 appointment: "I am OK, but I was thinking about increasing my meds because I had nightmares."), JANEDOES_00002641-43 (Jane Doe 1 "reports irritable mood and nightmares about her past abusive experiences" during June 26, 2012 appointment). This statement is also contradicted by a record where Jane Doe 1 reports feeling "edgy" – a symptom Plaintiffs maintain is synonymous with "being easily startled." *See, e.g.*, *id.* at JANEDOES_00002429-32 (comment on Oct. 7, 2014 record that Jane Doe 1's "[m]ood is 'slightly edgy.'").

8. Fourth, Dr. Lopez-Leon asserts: "[Jane Doe 1] consistently denied symptoms that she is now reporting, such as difficulties with her sleeping patterns." Lopez-Leon Report at 17. This assertion is contradicted by many records where Jane Doe 1 reports difficulties with her sleeping patterns. For example, in a record dated June 5, 2012, Jane Doe 1 reports "[p]oor sleep (thinking alot [sic] at night, dreams)." JD1 Records, at JANEDOES_00002649-53. Similar complaints are documented consistently throughout Jane Doe 1's medical and mental health records. *See, e.g.*, *id.* at JANEDOES_00002632-35 (Jane Doe 1 "reports difference now no longer on Trazadone- 'up all night'" during July 2, 2012 appointment), JANEDOES_00001899-903 (Jane Doe 1 "reported difficulty sleeping and was hesitant to answer yes when asked if she had any AH [auditory hallucinations]" during May 2, 2013 appointment), JANEDOES_00001824-26 (Jane Doe 1 reports "[m]ood is irritable with racing thoughts and poor sleep" during July 24, 2013 appointment).

9. Fifth, Dr. Lopez-Leon asserts: "All three [of Jane Doe 1's] previous suicide attempts occurred well before the alleged sexual abuse." Lopez-Leon Report at 18. This

3

assertion is contradicted by several of Jane Doe 1's medical and mental health records. On July 25, 2012, records show that Jane Doe 1 was placed on suicide observation. JD1 Records, at JANEDOES_00002611-12. On November 15, 2012, Jane Doe 1 was again placed on suicide observation. *Id.* at JANEDOES_00000757-59. She reported: "I just feel depressed and I feel like hurting myself. I just feel this way. I don't know why. My life is miserable and I don't feel good." *Id.* On November 16, 2012, Jane Doe 1 reported: "I felt like killing myself yesterday and I still feel the same way [as] yesterday." *Id.* at JANEDOES_00000763-66. All of these records are from the period of time during which defendant Benny Santiago repeatedly raped and sexually abused Jane Doe 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2017 in New York, New York.

_____
Katherine C. Ellis