UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,<br><br>     Plaintiffs,<br><br> -against-<br><br>THE CITY OF NEW YORK and BENNY SANTIAGO,<br><br>     Defendants. | 15 Civ. 3849 (AKH) |

**NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO DEEM
CERTAIN FACTS ADMITTED**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Josh E. Anderson, dated April 17, 2017, plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") hereby move this Court, at a date and time to be determined by the Court, for an order to deem certain facts admitted at trial; and

  PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's orders, opposition papers are due on April 24, 2017.

  Plaintiffs submit the following exhibits to the Anderson Declaration:

| Exhibit 1 | Defendant City of New York's Responses & Objections to Plaintiffs' Requests for Admission, dated July 1, 2016 |
|---|---|

Dated: New York, New York
April 17, 2017

                                      Respectfully submitted,

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                            /s/ James L. Bromley

By:

                                      James L. Bromley
                                      *jbromley@cgsh.com*

                                      One Liberty Plaza
                                      New York, New York 10006
                                      Tel: (212) 225-2000
                                      Fax: (212) 225-3999

Of Counsel:
Mitchell A. Lowenthal
*mlowenthal@cgsh.com*
Josh E. Anderson
*jeanderson@cgsh.com*

                                      William D. Gibney
                                      *wdgibey@legal-aid.org*
                                      Marlen S. Bodden
                                      *mbodden@legal-aid.org*
                                      Barbara P. Hamilton
                                      *bphamilton@legal-aid.org*
                                      THE LEGAL AID SOCIETY
                                      199 Water Street, 6th Floor
                                      New York, New York 10038
                                      Tel: (212) 577-3300

                                      *Attorneys for Plaintiffs*