# EXHIBIT 4




Neurology

# THE CITY OF NEW YORK
## DEPARTMENT OF CORRECTION

| HEALTH MANAGEMENT DIVISION | 1 LEFRAK CITY PLAZA REGO PARK, N.Y. 11368 718-595-2500 | Form # HMD-3 Date Rev: 9/30/13 |

## TREATING PHYSICIAN'S SUMMARY REPORT

Dear Doctor,

Kindly allow your patient to hand carry the following information to us. It is essential for us to evaluate his/her fitness for duty. This form **must** be returned to the evaluating physician at Health Management Division upon the patient's next appointment.

### MUST BE FULLY COMPLETED BY TREATING PHYSICIAN:

Patient's current compliant: Decreased memory, Vertigo, CVA Hemisensory Loss Hemiparesis

**THIS DOCUMENT MUST BE STAMPED & SIGNED BY M.D.**

Diagnosis (Please include positive findings): Memory Loss, CVA, vertigo Hemisensory Loss Hemiparesis

Prescribed treatment (Indicate all test(s) given and medication(s) prescribed): Needs — Brain MRI EEG, Sleep study, Neurotrex & Follow up in 2 wks Neurophysiatic Evaluation must be done —

Specific prognosis as of this date: (PLEASE REFER TO JOB DESCRIPTION AND RESPONSIBILITIES ON REVERSE SIDE OF THIS FORM) Indeterminate at present waiting for above tests to be completed

Please specify limitations: Hemiparesis & Hemisensory Loss

Expected duration of limitations

| Date of this exam: 3/31/17 | Time patient arrived for this exam: 9 (A.M) P.M. | Time patient left after this exam: 10 (A.M.) P.M. | Office phone no. 516 374-7246 |

Physician's Name: (please print) Ellen J. Braunstein, MD

Physician's license no. & DEA no.: 157489

Office address: (street, city, zip code) 949 Central Ave Woodmere NY 11528

Physician's Signature:

### THIS SECTION MUST BE COMPLETED BY EMPLOYEE: (FORM WILL NOT BE ACCEPTED UNLESS FULLY COMPLETED, SIGNED AND DATED)

| Name: (last name, first name) (please print) Bienvenido Santiago | Shield No.: 15713 | SS#: 0512 |
| Date of accident or illness 1/15/17 | First day of treatment for this accident/illness: 1/15/17 | Command: QDC. |

**MEDICAL INFORMATION RELEASE:** I hereby authorize the release of the above requested information by affixing my signature.

Employee Signature: Bienvenido Santiago   Date: 3/31/17