SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: PART: **TAP C**

――――――――――――――――――――――― X

THE PEOPLE OF THE STATE OF NEW YORK        CPL § 710.30 (1) (a)
                                           INDICTMENT # ▇▇▇▇▇▇

-against-

▇▇▇▇▇ ▇▇▇▇▇▇▇

                        Defendant.

――――――――――――――――――――――― X

### NOTICE OF INTENTION TO OFFER AT TRIAL EVIDENCE OF STATEMENT MADE BY THE DEFENDANT TO A PUBLIC SERVANT PURSUANT TO CPL § 710.30 (1) (a)

**PLEASE TAKE NOTICE**, that the People intend to offer at trial **an oral statement reduced to writing** made by the Defendant to **ALAN DAAB, OF THE 105 DETECTIVE SQUAD** on **SEPTEMBER 13, 2011** at approximately **2:21AM**, at **THE 105 DETECTIVE SQUAD**.

The substance of the defendant's statement(s) is

ON SATURDAY I MET [Not Responsive] AFTER I WOKE UP AND WENT TO SEE MY BOYFRIEND [Not Responsive] AT THE HOTEL ON ROCKAWAY AND THE CONDUIT. WE TOOK A CAB TO GET THERE. I TOLD [Not Responsive] TO WAIT OUTSIDE. [Not Responsive] TOLD ME HE WANTED TO MEET HIM. I WENT TO SEE [Not Responsive]. I ASKED [Not Responsive] TO TAKE [Not Responsive] HOME. HE SAID OK. [Not Responsive] CAME DOWN TO TALK TO [Not Responsive]. WE WENT TO THE CAR. [Not Responsive] AND ME GOT IN AND [Not Responsive] WENT TO THE STORE TO GET SOMETHING TO EAT. WE WAITED. [Not Responsive] SAID HE WANTED [Not Responsive] CAR. I ASKED HOW HE WAS GOING TO GET IT. HE SAID HE WOULD THINK OF SOMETHING. [Not Responsive] CAME BACK AND WE BEGAN TO DRIVE TO [Not Responsive] SISTER'S HOUSE. [Not Responsive] STOPPED DOWN A SIDE STREET WHERE [Not Responsive] TOLD HIM TO GO [Not Responsive] THEN STABBED [Not Responsive] IN THE NECK. [Not Responsive] GOT OUT [Not Responsive] GOT OUT TOO. I GOT IN THE DRIVER'S SEAT [Not Responsive] GOT BACK IN ON THE PASSENGER SIDE. I DROVE AWAY.

**PLEASE TAKE NOTICE**, that the People intend to offer at trial **an oral statement reduced to writing** made by the Defendant to **ALAN DAAB, OF THE 105 DETECTIVE SQUAD** on **SEPTEMBER 13, 2011** at approximately **3:25 PM**, at **THE 105 DETECTIVE SQUAD**.

The substance of the defendant's statement(s) is

ON FRIDAY AFTERNOON I SAW [Not Responsive] ON GUY BREWER AND LINDEN. HE ASKED ABOUT MY BOYFRIEND [Not Responsive] CAR. HE SAID HE WAS GOING TO TAKE IT. I ASKED HOW. HE SAID HE WAS GOING TO "JUX" HIM. STAB HIM. WE WENT OUR SEPARATE WAYS THEN. ON SATURDAY I WAS AT MY SISTER'S HOUSE AND SAW [Not Responsive] DOWNSTAIRS. HE ASKED ABOUT [Not Responsive] AND HIS CAR. I SAID I WAS GOING TO MEET HIM. [Not Responsive] ASKED IF HE CAN COME. WE TOOK A CAB TO THE HOTEL. [Not Responsive] WANTED TO MEET [Not Responsive] TO SEE WHAT KIND OF PERSON HE WAS. [Not Responsive] WANTED

TO GO UP TO [Not Responsive] ROOM. I SAID [Not Responsive] WOULD NOT HAVE THAT SO HE WAITED DOWNSTAIRS. I ASKED [Not Responsive] TO DRIVE [Not Responsive] TO HIS MOTHER'S HOUSE. HE SAID NO. I ASKED IF HE COULD STAY THERE. HE SAID NO. I GOT MAD AND LEFT. I LATER SAY [Not Responsive] AND [Not Responsive] TALKING OUTSIDE. [Not Responsive] OFFERED [Not Responsive] A RIDE SO I WOULD NOT BE MAD. WE GOT IN THE CAR. [Not Responsive] DROVE. I WAS IN THE FRONT AND [Not Responsive] WAS IN THE BACK. WE DROVE TO A DELI AND [Not Responsive] WENT IN TO EAT. WHEN [Not Responsive] CAME BACK WE BEGAN TO DRIVE. [Not Responsive] TOLD [Not Responsive] TO PULL OVER IN ROSEDALE. [Not Responsive] TOOK OUT A KNIFE AND STABBED [Not Responsive] IN THE NECK. [Not Responsive] AND [Not Responsive] EACH GOT OUT. [Not Responsive] WAS TAKING TO LONG SO I TOLD HIM TO HURRY UP. HE GOT IN AND I DROVE OFF. I DROVE TO MY SISTER'S HOUSE AND HE TOOK THE CAR.

DATED:   Kew Gardens, New York  
         OCTOBER     , 2011

Respectfully submitted,

RICHARD A. BROWN  
DISTRICT ATTORNEY  
QUEENS COUNTY

BY: *Matt Sweet*  
**MATTHEW SWEET**  
Assistant District Attorney  
HOMICIDE INVESTIGATIONS Bureau  
(718) 286-5863

TO:   Clerk of the Court, PART: **TAP C**

      Attorney for Defendant  
      PAUL MONTGOMERY  
      120-46 QUEENS BLVD,  
      KEW GARDENS, NY 11415