CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK

v.

███ ███
DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS



POLICE OFFICER PETER SCHACHTEL OF 113TH PRECINCT, TAX REG#: 929134, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT JUNE 22 2008 AT ABOUT 8:25AM, IN FRONT OF 167-02 BAISLEY BLVD, COUNTY OF QUEENS, STATE OF NEW YORK

THE DEFENDANT COMMITTED THE OFFENSES OF: 
PL 120.05-3 ASSAULT IN THE SECOND DEGREE
PL 120.00-1 ASSAULT IN THE THIRD DEGREE - DNA SAMPLE REQUIRED UPON
            CONVICTION

IN THAT THE DEFENDANT DID: WITH INTENT TO PREVENT A PEACE OFFICER, POLICE OFFICER, FIREMAN INCLUDING ONE ACTING AS A PARAMEDIC OR EMERGENCY MEDICAL TECHNICIAN ADMINISTERING FIRST AID IN THE COURSE OF PERFORMING SUCH DUTY AS A FIREMAN, AN EMERGENCY MEDICAL SERVICE PARAMEDIC OR EMERGENCY MEDICAL SERVICE TECHNICIAN, OR MEDICAL OR RELATED PERSONNEL IN A HOSPITAL EMERGENCY DEPARTMENT, FROM PERFORMING A LAWFUL DUTY, BY MEANS INCLUDING RELEASING OR FAILING TO CONTROL AN ANIMAL UNDER CIRCUMSTANCES EVINCING THE ACTOR'S INTENT THAT THE ANIMAL OBSTRUCT THE LAWFUL ACTIVITY OF SUCH PEACE OFFICER, POLICE OFFICER, FIREMAN, PARAMEDIC OR TECHNICIAN, DID CAUSE PHYSICAL INJURY TO SUCH PEACE OFFICER, POLICE OFFICER, FIREMAN, PARAMEDIC, TECHNICIAN OR MEDICAL OR RELATED PERSONNEL IN A HOSPITAL EMERGENCY DEPARTMENT;WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR A THIRD PERSON

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE COMPLAINANT, POLICE OFFICER VICTORIA TOBIN, THAT AT THE ABOVE MENTIONED TIME, PLACE AND DATE OF OCCURRENCE THE DEFENDANT, ███ ███, SPIT IN HER EYE AND BIT HER ON HER BACK CAUSING BRUISING AND SWELLING AND SUBSTANTIAL PAIN REQUIRING TREATMENT AT A LOCAL HOSPITAL.

DEPONENT FURTHER STATES THAT HE IS INFORMED BY THE COMPLAINANT THAT THE DEFENDANT WAS IN POLICE CUSTODY AT THE TIME OF THE ABOVE MENTIONED ACTIONS, AND THE COMPLAINANT WAS ATTEMPTING TO PLACE THE DEFENDANT IN AN AMBULANCE.

WILSON,MISTY  Q00635355

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

6/22/03        Peter Schutte
―――――――        ―――――――――――――
DATE           SIGNATURE

SWORN TO BEFORE ME ON THE
             DAY OF

―――――――        ―――――――――――――
DATE           SIGNATURE





# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** ARR PRC CMPL  **Arrest ID:**

**Arrest Location:** FRONT OF 167-02 BAISLEY BOULEVARD  **Pct:** 113

**Arrest Date:** 06-22-2008  **Processing Type:** ON LINE
**Time:** 08:25:00  **DCJS Fax Number:**
**Sector:** C  **Special Event Code:** -
**DAT Number:** 0
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

### COMPLAINTS:  Arrest #:

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2008-113-05772 | 2008-06-22 | Valid, Initial Arrests made | 2008-06-22 | 08:25 |

### CHARGES: Arrest #:

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 120.05 03H | F | C | 1 | ASLT POLICE/FIREMAN/HATE CRIME |
| #02 | No | PL 120.00 01 | M | A | 1 | ASLT W/INT CAUSES PHYS INJURY |
| #03 | No | PL 240.26 01 | V | 0 | 1 | HARASSMENT-2ND:PHY.CONTACT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:  Arrest #:

AT T/P/O C/V WHO IS A POLICE OFFICER, ON DUTY, PROCEEDED TO HELP THE PERP INTO THE AMBULANCE, PERP THAN TURNED HER BODY TOWARDS THE C/V AND SPIT IN HER RIGHT EYE. AT THIS POINT, THE C/V BEGAN TO RESTRAIN THE PRISONER TO THE STRETCHER INSIDE OF THE AMBULANCE. WHILE DOING SO THE PRISONER TURNED HER HEAD AND BIT THE C/V ON THE RIGHT SHOULDER WHERE THE PROTECTIVE VEST DID NOT COVER. THIS CAUSED SUBSTANTIAL PAIN, BRUISING AND SWELLING TO C/V'S SHOULDER. PERPS ACTIONS CAUSED C/V ANNOYANCE AND ALARM

### DEFENDANT:   NYSID #:   Arrest #:

- Nick/AKA/Maiden:
- Sex: FEMALE
- Race: BLACK
- Age: 23
- Date Of Birth:
- U.S. Citizen: YES
- Place Of Birth:
- Need Interpreter: NO
- Language:
- Accent: NO
- Physical Condition: SICK TREATED-RELEASED
- Drug Used: NONE

- Height: 5FT 4IN
- Weight: 100
- Eye Color: BROWN
- Hair Color: BLONDE
- Hair Length: LONG
- Hair Style: STRAIGHT
- Skin Tone: MEDIUM
- Complexion: CLEAR
- Soc.Security #:
- Occupation: UNKNOWN
- Lic/Permit Type:
- Lic/Permit No:

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Relation to Victim: STRANGER
- Living together: NO
- Can be Identified: YES

- Gang Affiliation: NO
- Name:
- Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | | 105 |

Phone # and E-Mail Address: HOME:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:   N.Y.C. Transit Employee: NO

- Physical Force: USED
- Weapon Used/Possed: NONE
- Non-Firearm Weapon:
- Other Weapon Description:

- Gun:
- Make:
- Color:
- Caliber:
- Type:
- Discharged: NO

- Used Transit System: NO
- Station Entered:
- Time Entered:
- Metro Card Type:
- Metro Card Used/Poses:
- Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | FUCK YOU WHITE BITCH |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | FOOTWEAR - SANDALS - BLACK |
| CLOTHING | ACCESSORIES - DRESS / SKIRT - YELLOW |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - YELLOW |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |

