# KAREN B. ROSENBAUM MD

THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY
DIPLOMAT IN PSYCHIATRY
WITH CERTIFICATION IN THE
SUBSPECIALTY OF FORENSIC PSYCHIATRY

49 W 24ᵀᴴ ST, SUITE 908
NEW YORK, NY 10010
T 917 748 5428
F 917 591 6720
KBROSENB@GMAIL.COM

## INDEPENDENT PSYCHIATRIC EXAMINATION

**EXAMINEE:**
**DATE OF BIRTH:**
**DATE OF EVALUATION:** September 23, 2016
**DATE OF REPORT:** November 4, 2016

**PURPOSE OF EXAMINATION:**
I am a board certified Forensic Psychiatrist, my Curriculum Vitae is attached. I was asked by the attorneys for ▇▇▇▇▇▇▇, Cleary Gottlieb Steen & Hamilton LLP and The Legal Aid Society, to conduct a psychiatric evaluation of ▇▇▇▇▇ to determine her current psychiatric and emotional health, whether or not she has a psychiatric diagnosis, to determine whether or not she has a condition which was caused or negatively affected/worsened by the events that took place while she was incarcerated on Rikers Island, in the Rose M. Singer Center (RMSC), and to make treatment recommendations.

The events that took place while ▇▇▇▇▇ was on Rikers Island, as written in the complaint dated May 19, 2015, included ▇▇▇▇▇ being *"repeatedly raped and sexually abused by Correction officer Benny Santiago ("Santiago"), who threatened to, and did, punish [her] if [she] resisted or reported his abuse."*

**OPINION:**
It is my opinion to a reasonable degree of medical certainty that ▇▇▇▇▇ suffers from Posttraumatic Stress Disorder, Schizoaffective Disorder, a history of drug and alcohol use disorder, and Borderline Intellectual Functioning. The trauma she experienced after repeated sexual assaults by Officer Santiago over a period of at least four years worsened her pre-existing conditions and contributed to the co-morbid condition of Posttraumatic Stress Disorder. ▇▇▇▇▇ is currently in treatment at Bedford Hills and would benefit from intense individual psychotherapy, trauma support groups, and continued antidepressant and mood stabilizing medications to help with her symptoms of depression, anxiety, auditory and visual hallucinations, nightmares, poor self-esteem, and self-blame.

**SOURCES OF INFORMATION:**

- Interview with ▇▇▇▇▇ on September 23, 2016 for approximately three hours at Bedford Hills Correctional Facility.
- Review of the complaint written by Mitchell A. Lowenthal of Cleary Gottlieb Steen and Hamilton LLP and William D. Gibney of The Legal Aid Society dated May 19, 2015

- Review of the Deposition of ▮▮▮▮ dated June 20, 2016 at 10:09 AM
- Review of the criminal history "RAP sheet" of ▮▮▮▮
- Review of medical records from Gracie Square Hospital dated August 28, 2009–September 15, 2009
- Review of 730 examination report from King's County written by Beverly E. Martin, PhD dated January 30, 2013
- Review of 730 examination report from King's County written by Cheryl Paradis, PsyD dated January 30, 2013
- Review of Medical Records from Correctional Health Services from Rikers Island, dated January 2011 through May of 2015
- Review of Declaration of ▮▮▮▮ in support of Plaintiffs' Motion for Class Certification, dated October 9, 2015
- Review of Personal Injury Claim form filed by ▮▮▮▮ with the Office of the Comptroller of the City of New York, dated July 25, 2013
- Review of Plaintiffs' Supplemental Response to Defendant City of New York's Interrogatory No. 14, dated May 27, 2016

**CONFIDENTIALITY:**
I explained to Misty Wilson that the interview would not be confidential as it might be used in a written report and I would be speaking with her attorneys. Ms. Wilson understood and agreed to the interview.

**IDENTIFYING INFORMATION AND RELEVANT PERSONAL AND PSYCHIATRIC HISTORY:**
▮▮▮▮ is a 31 year-old African American woman born at Elmhurst Hospital, Queens, on ▮▮▮▮, when her biological mother, V▮▮ N▮▮, was incarcerated at Rikers Island (according to ▮▮▮▮). ▮▮▮▮ currently is incarcerated at Bedford Hills Correctional Facility. Ms. N▮ lives in a shelter in the Bronx. Ms. N▮▮ is not married and is diagnosed with Schizophrenia and Bipolar Disorder. ▮▮▮▮ was adopted along with her twin sister Mia (who is diagnosed with schizophrenia and is currently in an institution) at birth by B▮ and F▮ W▮, and was raised in Springfield Gardens, a neighborhood in Queens, New York. Her adoptive parents separated when Ms. Wilson was around twelve or thirteen years old. She and her twin sister stayed living with their mother, B▮ W▮. They had three step-siblings, Tina, Kima and Todd. ▮▮▮▮ said that Todd is currently around fifty years old. Tina and Kima are both around ten years older than ▮▮▮▮. Her sister Tina, along with Tina's daughter, was still living at home when her parents split. ▮▮▮▮ said she got along with everyone at home. She denied any neglect or physical or sexual abuse in the house.

▮▮▮▮ reported that when her parents divorced, her standard of living changed and they could not afford things they used to be able to afford. As a thirteen year old, ▮▮▮▮ could not accept this and she ran away. She said that she was found by an older man who bought her clothes and spoiled her, and then after he earned her trust, began forcing her to sleep with men for money and "turned [her] into a prostitute." She said her mother did not know where she was and he would not let her leave. She said she was trapped there for about a year and then she was "locked up as a juvenile" (she could not remember why). She said that her pimp bailed her out and she went home. She recalled that her mother was "upset and disappointed." ▮▮▮▮ said

that she cut herself while she was with the pimp sometime around age thirteen, but she did not tell anyone and bandaged herself. She started drinking alcohol around age thirteen as well, and last drank prior to being arrested in the fall of 2011.

After she returned home, she returned to school at Springfield High School and attended there through about tenth grade. She said she was left back in second and ninth grades for difficulty in school. She denied any behavioral problems in school.

Around age seventeen, ▮▮▮▮▮ was admitted to Holliswood Hospital, and was placed on Zyprexa (an antipsychotic and mood stabilizing medication) and Depakote (a mood stabilizing medication). She said she had been hearing voices that were degrading against herself, that said things like that she was "nothing." She said that she was also seeing shadows that she believed to be demons. She said she remembered seeing spirits at Holliswood. She said she still sees spirits. She said after Holliswood, she went to a special education school, which she said was near Creedmore Hospital but not affiliated with Creedmore. She said the school did have a psychiatrist and a therapist. She said she started smoking marijuana around age sixteen and smoked it nearly every day. She said that she last used marijuana prior to her latest arrest in 2011.

▮▮▮▮▮ was admitted to Long Island Jewish Hospital around age eighteen. She said that she was there for about a month. She believed her medication was changed to Seroquel or Risperdal (also antipsychotic/mood stabilizing medications), but she was not sure. She said after this hospitalization, she was supposed to follow up with an outpatient program but she did not want to go. She said that she next went to Queens General, but did not remember much about that hospitalization. She said she was also admitted to Jamaica Hospital but did not remember exactly when. According to the Mental Health records from Rikers, on July 29, 2011, ▮▮▮▮▮ described her symptoms as, "I was born with a veil over my eyes. My mother told me. I see things, all my life."

▮▮▮▮▮ said she stopped school altogether after tenth grade and then went to the street. She said she wanted to leave, and was prostituting again. She said that she was used to supporting herself and wanted to again and this was something she was familiar with and was groomed for starting at age thirteen. She then started using crack/cocaine at age nineteen, after her birth mother, Ms. N▮▮▮, showed her how. She said she used it "a lot" and was using it every day until she was last arrested in 2011. She reported never using heroin or any IV drugs.

**HISTORY RELATED TO EVENTS AT RIKERS ISLAND/REVIEW OF AVAILABLE RECORDS:**

▮▮▮▮▮ had a difficult time recalling the exact timeline of the abuse she suffered at the hands of Officer Santiago and with dates in general. Her poor memory is attributed to her relatively low IQ, her history of drug and alcohol use, her mental illness, and the trauma of being repeatedly sexually assaulted and verbally abused by Officer Santiago intermittently over a four-year period. She had been incarcerated at RMSC many times between 2005 and 2011. Despite having difficulty with the timeline, she was confident in her memory of the actual events that took place, and she was consistent in her reporting of them.

███████ was arrested in July of 2005, pleaded guilty to prostitution and spent seven days at Rikers. In June of 2006, less than a year later, she was arrested for trespassing and was sentenced to ninety days at Rikers. In her interview, she said she first encountered Officer Santiago during this incarceration period. However, in her deposition she initially said that this took place in 2008 and then later in the deposition changed it to 2006. In the complaint, it states *"Jane Doe 1 first encountered Santiago in late 2006, while she was incarcerated at RMSC. Jane Doe 1 was released in early 2007. Santiago's sexual abuse of Jane Doe 1 began in late 2008, roughly a week after Jane Doe 1 returned to RMSC on a new detention."*

███████ said she first encountered Officer Santiago in Dorm 8 where she was living and working (doing "house detail"). She said that he gave her compliments and told her not to talk to any of the other officers. In her deposition, she said that he gave her compliments for a "long time." She gave examples, *"compliments about my body. How I danced, how I looked, how perky my titties are, how firm my butt is."* She described that he would look at her salaciously while she cleaned. At one point prior to their first time he raped her, he deliberately masturbated in front of her while at his desk.

She said he was "aggressive" with her and she was afraid. As an example, she said that on one occasion they were talking and as she attempted to walk away, he grabbed her tight by the arm and said, "I'm not done talking to you." Shortly after, he was working an overnight shift and he instructed her to meet him in the dayroom after Captain's rounds. He then told her to "assume the position." She took this to mean she should get down on all fours and prepare to have sex.

She described that he had sex "rough" with her. In her deposition, she stated, *"he grabbed my neck and started choking me and pulling my hair and having sex with me, rough."* She said that she did not resist him because she was afraid of him. She said that he gave her "weed" after they had sex for the second time. She said that he expected her to have sex and oral sex with him, but that no explicit negotiations or agreements took place. She said they had sex in the dayroom in Dorm 8.

She said that she felt Officer Santiago took advantage of her because she is "a little bit slow." She said that he only gave her money, "weed" and cigarettes maybe four times over the four to five years that she knew him. In her deposition, she said that, *"he gave me weed twice and he gave me cigarettes, tobacco, a couple times."* She said in both her interview and her deposition that she sold the "weed" for commissary and did not smoke it.

███████ reported that Officer Santiago kept asking for her home address because he said he wanted to give her mother money. She finally gave it to him and she reported that he did give her mother money once, but then he sat outside her mother's house. He would come back and report on the whereabouts and activities of her mother, her sister and her nieces. She said her mother eventually moved because of this, although she was moving anyway. ███████ said that Officer Santiago told her he was watching her little nieces and she interpreted this to mean that he might hurt them, and she was afraid for them and also afraid for herself.

███████ said she never told anyone about Officer Santiago because she was afraid of him. She said he told her to visit him at his home when she was released but she never did. Each time she returned to Rikers, he was angry that she did not see him on the outside. Each time she was

4

sentenced back to Rikers, she knew it meant returning to Officer Santiago, which then magnified the sentence for her.

She said that they repeatedly had sex. Officer Santiago would be on duty on the night shift and he would tell her to meet him in the day room. She would ask him to use a condom but he refused. She never had a choice in how they had sex and, more than once, he anally raped her as punishment for asking for a condom. She said that they had sex in the "Sprungs" as well. According to the complaint, from the first time he raped ███████, until her release from RMSC in the summer of 2009, "Santiago regularly and repeatedly raped Jane Doe 1."

On August 28, 2009, while she was not incarcerated at Rikers, she was admitted to Gracie Square. According to the medical records from Gracie Square, ███████ was noted to be "depressed" and "non compliant with meds" of Risperdal and Depakote. She was noted to be *"guarded concerning drug/ETOH use. Pt [patient] confused and poor historian. Has little insight into problems."* She had been transferred from Queens General Hospital. She reported using $200 per day of crack/cocaine starting at age 18 and $30 per day of "weed" starting at age 15. She was noted to be "self destructive" and have "poor impulse control." She said she stopped doing everything she enjoys such as singing and dancing. She was positive for cocaine and acknowledged using marijuana. She was "confused, paranoid, disorganized." She reported two or three suicide attempts involving hanging and cutting her wrists in the past. She was given the diagnosis of "Bipolar Mixed."

███████ said she never told anyone at the hospital about Officer Santiago. She said she was completely "confused." She had a lot of "anger and pain inside" her and she was unable to tell anyone. She had been referred to Health Living ¾ transitional housing and to Woodhull Hospital MICA OPD and medical outpatient treatment. Her mother and her case manager, Ms. Walker, were noted to have agreed with the plan. It was noted that she was "unable to care for self." ███████ said she never followed up with the treatment because she felt like "what was the point?" since she could not talk about what was "really going on" with her.

███████ said that sometime prior to her most recent incarceration, she was in Samaratan Village, a residential facility, for substance abuse treatment. She said she went for "a couple months but kept using."

███████ was arrested for Prostitution and incarcerated at Rikers again on January 5, 2011. She was released in late February of 2011 and was rearrested in April of 2011 for possession of controlled substances and stolen property, and was incarcerated at RMSC until August of 2011. She was then rearrested and incarcerated again in September of 2011. She was accused of robbing her boyfriend, James. He was older and she said she loved him and denied robbing him. He was killed in the course of the crime perpetrated by her co-defendant. She said she still misses James.

She said that when she returned to Rikers each time in 2011 "it" started up again. She indicated that Officer Santiago began raping her again but she is not sure how much longer it went on during her most recent incarceration. She said in her deposition that Officer Santiago would tell her to go to the clinic and say she had chest pains. When she got to the clinic, she would say she was fine and Officer Santiago would escort her from the clinic to the "Sprungs" and then have sex with her.

▮▮▮ recalled being housed in the Mental Observation Unit (MO Unit) "a lot" during the time that Santiago was sexually assaulting her because she "would not be feeling well." She said that being in the MO Unit did not keep her safe from Officer Santiago.

▮▮▮ said that the abuse stopped when he "found" another woman, whom she later learned was ▮▮▮, but she was not clear when exactly that was. She made that assumption. She said she "could not believe" he just "dropped" her. She was relieved but also surprised and "felt bad for ▮▮▮. She said that she never spoke with ▮▮▮ about Santiago. She learned about ▮▮▮ from other inmates after they found contraband in ▮▮▮ cell. In her deposition, she said that after Officer Santiago stopped having sex with her, "he just stopped doing everything. He didn't even seem like he want to talk to me anymore [sic]."

According to the medical records from Rikers, ▮▮▮ was consistently seen by mental health for her mental illness, and carried many psychiatric diagnoses from 2011 through 2015, including Mood Disorder NOS, Bipolar Disorder, Depressed, Cocaine Abuse, Alcohol Abuse NOS, Borderline Personality Disorder, Personality Disorder NOS, Antisocial Personality Disorder, Panic Disorder without agoraphobia, Schizoaffective Disorder, Major Depression NOS, Major Depression single episode, Depressive Disorder NOS, Depressive type psychosis. Her intellectual functioning is consistently noted to be "low". In 2011, she was diagnosed with personality disorders in addition to mood and psychotic disorders, but in later records, from 2013 through 2015, she is no longer consistently diagnosed with any personality disorders.

According to the medical records, ▮▮▮ has also been diagnosed with Vaginitis, Candidal Vulvovaginitis, Vaginitis, Vaginalitis, and Gynecological disease NOS. ▮▮▮ had treatment for Vaginitis multiple times in 2011 during the time period that she reported being raped by Officer Santiago. The last documented treatment for a gynecological condition was a Urinary Tract Infection in May of 2012. She was also treated throughout her incarceration with Depo Provera for irregular bleeding [dysmenorrhea], as she had reported in her deposition.

In January of 2011, she was prescribed Zyprexa 10 mg (an antipsychotic and mood stabilizer). In a note dated January 18, 2011, she reported, *"I am fine but I need meds that help me for the voices,"* indicating good insight into her mental illness.

At her mental health intake on April 16, 2011, ▮▮▮ was noted to be, *"disheveled, appeared not to understand the charges as per the court. I have a stolen vehicle charge and I know I need medications she said."* She was placed in MO. She was started on Depakote and Abilify [an antipsychotic and mood stabilizing medication].

On May 3, 2011, ▮▮▮ reported that her auditory hallucinations had came back a few days prior. Her Abilify was increased to 10 mg. On May 10, 2011, ▮▮▮ reported that she *"feels somewhat depressed but is coping. Pt reports having A/VH [auditory and visual hallucinations] whereby she hears and sees spirits. Pt states, 'I really don't want to talk about this right now' and asked the undersigned if I was upset with this."*

On June 7, 2011, she reported *"seeing spirits at night in her dreams."* She was transferred to General population sometime in June of 2011.

By July of 2011, she was prescribed Depakote 500 mg twice per day and Geodon 60 mg twice per day (an antipsychotic and mood stabilizer). On July 13, 2011, she requested a gynecological

referral. She denied vaginal discharge. However on August 1, 2011, she was diagnosed and treated with Vaginal Candidiasis (a yeast infection). She was discharged on August 11, 2011, on Depakote 500 mg twice per day and Geodon 60 mg. After she returned to Rikers, in December of 2011, she was taking Depakote 500 mg twice per day and Geodon 80 mg twice per day.

█████ said she never told anyone about Officer Santiago raping her before she told Barbara Hamilton, one of her attorneys from Legal Aid. She did not tell any of her mental health providers at Rikers Island, and she did not tell the 730 examiners during her 730 evaluations in November of 2012 and January of 2013. According to the 730 report by Beverly Martin, PhD, █████ was also evaluated for competency to stand trial in May of 2011. In their report, *"Drs. Perry and Rubel concluded that there were indications that the defendant, may have intellectual limitations, possibly falling within the mild mental retardation/borderline range of cognitive functioning."* Dr. Martin and Dr. Paradis both diagnosed █████ with Borderline Intellectual Functioning. In spite of her condition, she was found fit to proceed in May of 2011 and in January of 2013. Dr. Paradis concluded, "█████ *does have serious and persistent mental illness and limited intellectual functioning."* █████ was noted to have complained of hearing spirits and demons prior to her arrest. She was noted to be exaggerating her cognitive impairment and was not fully cooperative. One reason she may have appeared to be not fully cooperative is because she was hiding the consistent sexual abuse and assault that she had been enduring at Rikers Island.

█████ said besides her attorneys she told this writer and her treatment provider in Bedford once or twice about the rapes and sexual assaults she endured. She said she is still not comfortable talking about it. In her deposition, she said she was too scared to tell anyone because "he's an authority figure." She said in her interview that she is still "scared of Santiago because he has a gun."

In January of 2012, █████ was on Abilify 10 mg (an antipsychotic and mood stabilizer) in addition to the Depakote and the Geodon. She reported anxiety on January 3, 2012 and the Abilify was decreased to 5 mg.

On June 26, 2012, the note indicated, *"she reports irritable mood and nightmares about her past abusive experiences. She got into an argument with one of the officers as well. We agreed to increase Seroquel to 200 mg in AM for better mood stabilization throughout the day."* She was also taking Depakote 1000 mg per day. Her Seroquel was increased from 300 mg to 400 mg.

On July 10, 2012 her Seroquel was increased again from 400 mg to 500 mg. On July 25, 2012, she was placed on Suicide Observation because she was suicidal. The note was also significant for reporting a history of *"trauma in the form of physical and sexual abuse."* There were no further details.

On August 2, 2012, her Depakote level was 82.9, indicating compliance with psychiatric medications. On August 21, 2012, █████ was seen by psychiatry. The note indicated she had been in solitary confinement. She reported, *"'I am OK, but I was thinking about increasing my meds because I had nightmares.' Pt [patient] was educated about indications of Depakote and Seroquel, meds that she is currently on. Pt was not specific about whether nightmares have been persistent."*

In September and October of 2012, despite being in solitary confinement she reported her mood as "fine." On November 5, 2012, she reported, *"I got out of the Bing [solitary confinement] on Friday I am happy."* She denied psychiatric symptoms.

On November 15, 2012, ▮▮▮▮▮▮▮ reported that she was in court and said, *"I just feel depressed and I feel like hurting myself. I just feel this way. I don't know why. My life is miserable and I don't feel good."* She was placed on suicide watch and was moved to Building 9. On November 16, 2012, her Depakote level was 83.7 indicating compliance with medications. On November 17, 2012, the note stated, *"Patient states that she hears voices at times, and the voices tell her that she is not good. This makes her feel depressed."* She was feeling better by November 18, 2012, but remained on suicide watch at least through November 19, 2012. On November 20, 2012, she was seen by medical for "chest pain." She remained in the MO Unit through January 8, 2013 for depression.

On January 18, 2013, records indicated that ▮▮▮▮▮▮▮ said, *"The spirit is touching me at night and sleeping with me and I get really depressed."* Prozac 10 mg (an antidepressant) was added for depression at this time. She remained on Depakote and Seroquel as well. On January 27, 2013, ▮▮▮▮▮▮▮ learned of her grandmother's death. She reported that she was, *"doing OK, feels a little depressed."*

On February 21, 2013, ▮▮▮▮▮▮▮ reported, *"'I'm alright, there is this person on my unit who has the spirit of someone I know in her and it hovers over me, like on top.' She further reports AH [auditory hallucinations] and depression which are bothering her and she would like an increase in medication."* She was transferred again to the MO Unit.

On February 25, 2013, the note indicated that she felt *"'fine' since her transfer back to the MO Unit and stated 'but the demons are still there…they're always there.'"* She was stabilized and transferred back to General Population on March 21, 2013.

On April 17, 2013, ▮▮▮▮▮▮▮ reported that she heard voices to stop her medications. She was again transferred to the MO Unit. On April 18, 2013, a note indicated, *"I stopped taking my medication…things got really bad for me out there [GP]…I started thinking the medication was bad for me…I took it again for the first time this morning…I'm gonna keep taking it for now."* She reported auditory and visual hallucinations and *"displayed difficulty being able to answer clarifying questions regarding frequency, change in syx [symptoms] in absence of medication."* She did not report the content of the voices in this note. She did not explain why things "got bad" for her in General Population.

On May 2, 2013, still on Mental Observation, ▮▮▮▮▮▮▮ *"reported difficulty sleeping and was hesitant to answer yes when asked if she had any AH. Pt admitted to AH telling her that she was bad. Pt stated that she has been taking her medication."*

On June 10, 2013, ▮▮▮▮▮▮▮ *"approached this writer to request a transfer to GP at this time. Ct. [client] reported improvement in MH [mental health] sys since admission to MO including, 'my thoughts are clearer' and decreased depressed mood."* She was transferred back to General Population.

8

On July 24, 2013, ██████ complained of irritable mood with *"racing thoughts and poor sleep."* Her Depakote was increased to 750 mg in the evening, continuing with 500 mg in the morning. She remained on Seroquel and Prozac as well.

On July 25, 2013, ██████ (with the help of counsel) filed a Notice of Claim regarding the sexual abuse and assaults perpetrated by Officer Santiago with the Office of the Comptroller of the City of New York.

On August 7, 2013, ██████ reported stable mood and her Seroquel was decreased to 100 mg in the morning and 200 mg at night. ██████ was noted to be fairly stable [although there were times when she said she was not feeling well and did not want to talk] until September 24, 2013, when she reported *"depressed and irritable mood. She reports AH last night. Denies CAH [command auditory hallucinations]."* She was started on perphanazine 4 mg twice per day [an older antipsychotic with a large side effect profile, including mouth twitching, a side effect ██████ still has.]

On October 30, 2013, the note indicated that ██████ was tolerating the perphenazine. Her Prozac was increased to 20 mg for depression.

On November 9, 2013, ██████ was seen for *"left eye irritation and blurred vision. Was exposed to pepper spray used by DOC during alleged altercation among inmates in her housing area."*

On November 13, 2013, she reported *"seeing ghosts"* at night. Her perphenazine was increased to 8 mg twice per day for psychosis. In 2014, Cogentin [benztropine] was added for side effects of perphenazine.

On June 11, 2014, she was complaining of EPS-like symptoms [extra pyramidal symptoms as seen in Parkinson's, a side effect of Perphenazine]. After this, the Perphenazine was stopped and the Cogentin was continued. The Seroquel was increased to 200 mg twice per day.

On September 7, 2014, ██████ was seen for an injury, *"s/p [status post] use of force with DOC staff secondary to altercation in housing area. 'I was hit in head with shower stick and then DOC sprayed me with OC.'"* She was then transferred to the Restrictive Housing Unit (RHU) in Building 12 per DOC. Her mood remained stable while in the "Bing," according to the notes until October 1, 2014, when she reported that she sometimes still hears *"voices telling bad things about herself."* She was transferred back to General Population on October 6, 2014.

On October 7, 2014, she reported that the voices *"'are getting loud. They tell me that I am terrible.'…she also reports racing thoughts."* Her Seroquel was increased at that time to 200 mg in the morning and 300 mg at night. On October 10, 2014, she complained of *"feeling moody, different"* and reported that she *"sees animals, like a raccoon every night in my cell. I'm used to it."* She said that the voices were lower.

On November 13, 2014, ██████ reported that she was not taking her medication and was referred to mental health by DOC. She complained of hearing voices. She was admitted to the MO Unit for further observation. On November 28, 2014, after court, she was noted to feel depressed. On December 12, 2014, she still complained of depression but also admitted sleeping through her morning doses of medications. She was stabilized and transferred back to General

Population by January 28, 2015, when ▓▓▓▓▓▓ reported, *"I want to be in GP. I'm good right now. I'm taking my meds, I don't feel like hurting myself. I want to be transferred."*

▓▓▓▓▓▓ remained fairly stable with some complaints of depression in General Population through March of 2015 on Seroquel 200 mg in the morning, 300 mg at night; Prozac 20 mg; and Depakote 500 mg in the morning, 750 mg at night. Her diagnosis was primarily Bipolar Disorder.

**CURRENT SYMPTOMS:**
▓▓▓▓▓▓ still intermittently hears voices. At the time of the interview, she said she last heard them two or three days ago. She said that she last saw spirits a couple days prior, and that these were black shadows coming out of people. She said she is "used to it" and it does not scare her as much as it used to. She said she is currently taking Zyprexa 15 mg (an antipsychotic and mood stabilizer) and Cogentin (for side effects of antipsychotic medication). At her deposition, she said she was also taking Depakote 1000 mg (a mood stabilizer) and Remeron 30 mg (a sedating antidepressant). She said that when she hears the voices, they are still saying she is "no good." She said that she still has nightmares about Officer Santiago. She said that she has nightmares about him specifically and also other fear-based dreams; for example, that she is swimming and that sharks are coming to get her. She does worry that people are against her. She said she gets along with people at Bedford and has not had any fights while there.

**MENTAL STATUS EXAMINATION:**
▓▓▓▓▓▓ was dressed in green jail garb, neatly groomed, wearing a scarf around her head. She was pleasant and cooperative with the interview. She has a mild facial twitch, possibly from side effects of antipsychotic medications. Her mood was anxious, and her affect was mildly constricted. She denied any suicidal or homicidal ideation. She had some difficulty following the interview at times and had some difficulty explaining herself, but her thought process was goal oriented. She had some mild paranoia that people are against her. Her insight was fair in that she knew she needed medication. Her judgment was mildly impaired in that she was forty minutes late for the scheduled interview because she also scheduled a dentist appointment.

Overall, she was intellectually impaired. She had difficulty with dates and she was a poor historian. She had difficulty understanding concepts. She was able spell the word "WORLD" backward. She was able to recall three words after five minutes, but she had gross memory impairment in her difficulty constructing a timeline. She had trouble with serial 7s and counting backward. She could understand "similes;" she was able to say that an apple and an orange were both "fruits," showing some ability for abstract thought.

**DSM 5 DIAGNOSES:**
Schizoaffective Disorder
Posttraumatic Stress Disorder
Borderline Intellectual Functioning (per history)
Cocaine Use Disorder, in remission
Cannabis Use Disorder, in remission
Alcohol Use Disorder, in remission

**SUMMARY AND CONCLUSIONS:**

It is my opinion to a reasonable degree of medical certainty that ▮ suffers from Posttraumatic Stress Disorder, Schizoaffective Disorder, a history of drug and alcohol use disorder, and Borderline Intellectual Functioning. The trauma she experienced after repeated sexual assaults by Officer Santiago over a period of at least four years worsened her pre-existing conditions and contributed to the co-morbid condition of Posttraumatic Stress Disorder.

The sexual assault trauma worsened her symptoms of Schizoaffective Disorder and caused a co-morbid condition of Posttraumatic Stress Disorder, which then gives her pre-existing Schizoaffective Disorder an even worse prognosis. People who have trauma and mental illness fare worse than people with mental illness alone. They are more susceptible to self-blame, low self worth, and self harm. ▮ has heard voices since age seventeen, but they turned on her more after the rapes. For example, they used to tell her she was "nothing," but now they tell her she is "terrible" and "no good" or "bad."

▮ reported that her symptoms of nightmares and anxiety, mistrust of people, and her belief that she is "bad" began during and after the sexual abuse by Officer Santiago. Her symptoms of schizoaffective disorder (voices, irritability, depressed mood, and suicidality) were intermittently worsened by the trauma. She has difficulty talking about the trauma even with people who know about it, such as her treatment providers at Bedford, her attorneys, and this writer. She said she does not like talking about it because it is "painful."

Feeling unable to talk about the trauma is consistent with Posttraumatic Stress Disorder and with experiencing real trauma (as opposed to feigning). I have ruled out feigning in this case. Taking into account ▮ history of mental illness, history of substance abuse, intellectual disability, and legal history, it is my opinion to a reasonable degree of medical certainty that ▮ is accurately reporting, to the best of her ability, her repeated sexual assaults by Officer Santiago.

▮ story has remained consistent and is also consistent with the medical records. ▮ is a 31 year-old woman with a genetic predisposition for mental illness, who was first psychiatrically hospitalized at age seventeen for auditory hallucinations and depression and suicidal thoughts. She has carried multiple psychiatric diagnoses since then, but has had symptoms consistent with Schizoaffective Disorder throughout the available medical records. She has auditory and visual hallucinations as well as periods of depression and of racing thoughts and symptoms consistent with mania. ▮ also has a history of intellectual problems and was held back in second and ninth grades for difficulty in school. She has difficulty understanding what is being asked of her and required fitness to stand trial evaluations on two separate charges. She has difficulty with memory for dates and for details. She was abducted into a life of prostitution at the age of thirteen years old. In addition, she has a long history of drug and alcohol abuse. Her history made her a vulnerable target for Officer Santiago.

When asked why the sexual abuse by Officer Santiago was different from when she was exchanging sex for money on the street, she said that when she was on the street she had some control of whom she was with. She could also numb herself with drugs and alcohol. Inside the jail, she was powerless and given no choice but to submit to Officer Santiago because she was

11

incarcerated, could not escape and was afraid of him. She denied ever wanting to have sex with him and said she was "disgusted" by him. She was relieved when he turned to someone else and "dropped" her.

▆▆▆▆ did not tell anyone about the sexual assaults, and this silence also contributed to her internalizing the trauma and blaming herself. She was afraid of Officer Santiago and worried that he would harm her family. She also did not think that people would believe her because she is "slow" and has mental illness. Not discussing what happened to her compounded her symptoms because she could not be adequately diagnosed and treated because her treatment providers did not understand her ongoing trauma.

In 2011 [while ▆▆▆▆ reported the rapes were still regularly occurring], she was diagnosed at Rikers with Borderline Personality Disorder. She was seen as more volatile, guarded and manipulative. However, in records from the latter part of her incarceration, she is no longer seen as personality disordered. It is my professional opinion that this change in her treatment providers' perception is attributable to her being guarded and unable to talk about what was happening to her, and instead acting out behaviorally during the time period the abuse was occurring and shortly thereafter.

▆▆▆▆ is currently in treatment at Bedford Hills and would benefit from intense individual psychotherapy, trauma support groups, and continued antidepressant and mood stabilizing medications to help with her symptoms of depression, anxiety, auditory and visual hallucinations, nightmares, poor self-esteem, and self-blame.

Sincerely,

*[signature]*

Karen B. Rosenbaum, MD
Board Certified Forensic Psychiatrist