2015-0268531
SF- A. Larkin

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------X
     JANE DOE 1 and JANE DOE 2, on behalf of
 3   Themselves and all similarly situated women,

 4                                  PLAINTIFFS,

 5
              -against-           Case No.:
 6                                15 CV 03849

 7
     THE CITY OF NEW YORK and BENNY SANTIAGO,
 8
                                   DEFENDANTS.
 9   ------------------------------------------------X

10

11                DATE:   June 28, 2016

12                TIME:   10:18 a.m.

13

14

15           DEPOSITION of the Plaintiff, Not Responsive

16   s/h/a JANE DOE 2, taken by the Defendants, pursuant to an

17   Order and to the Federal Rules of Civil Procedure, held at

18   the offices of the New York City Law Department, 100 Church

19   Street, New York, New York 10007, before ToniAnn Cocca, a

20   Notary Public of the State of New York.

21

22

23

24

25
```

Not Responsive

```
 1    to her, so that's how I was keeping in contact with her.
 2    It was a minute ago.
 3        Q.    What was the name on that Facebook account?
 4        A.    I don't remember the name that I used.
 5        Q.    Other than that account that you used to
 6    communicate with the other prostitute, have you ever had
 7    any other Facebook account aside from the one in your name?
 8        A.    No.
 9        Q.    So you only had two Facebook accounts, correct?
10        A.    Yes.
11        Q.    And you currently use the one that's in the name
12    [Not Responsive] ████████ correct?
13        A.    Yes.
14        Q.    Do you currently use the other Facebook account
15    at all?
16        A.    No.
17        Q.    Separate and apart from what you reviewed, do you
18    have an understanding of what any other witness testified
19    to in this case?
20        A.    No.
21        Q.    What is your date of birth?
22        A.    9/12/90.
23        Q.    Have you ever given a different date of birth to
24    anyone?
25        A.    Yes.
```

Not Responsive

1   Q.   What other dates of birth have you given?
2   A.   I don't remember the exact date of birth that
3   I've given but when I was arrested in the past I did give
4   another date of birth.
5   Q.   Why did you give a different date of birth?
6   A.   Because I didn't -- I thought that it wouldn't
7   affect me being arrested.  I didn't know, like it's hard to
8   explain that.  I thought that it wouldn't go on my name and
9   they wouldn't find out who I was if I just gave them
10  another name, not knowing they were going to fingerprint
11  me.  I was really young and I didn't know none of this,
12  that's why.
13  Q.   So on prior occasions when you were arrested you
14  gave different dates of birth so that the police wouldn't
15  know who you were, is that correct?
16  A.   Yes, that's what I thought.
17  Q.   Have you given the date of birth September 12,
18  1988?
19  A.   I don't remember.
20  Q.   Have you ever given the date of birth September
21  12, 1987?
22  A.   I don't remember.
23  Q.   In any event, you're sure that your date of birth
24  is September 12, 1990?
25  A.   Yes.

Not Responsive

```
1     Q.    What is your Social Security number?
2     A.    I have to -- 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.
3     Q.    Have you ever used any other Social Security
4     numbers?
5     A.    Yes.
6     Q.    What other number have you used?
7     A.    I don't know.
8     Q.    Have you ever used the number 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?
9     A.    I don't know.
10    Q.    On what occasion or occasions did you use a
11    different Social Security number?
12    A.    When I was arrested.
13    Q.    Did you use a different Social Security number so
14    that the police would not know who you were?
15    A.    Yes.
16    Q.    Have you ever used any name other than [Not Responsive]
17    [Not Responsive]?
18    A.    Yes.
19    Q.    What other names have you used?
20    A.    I can't remember exactly first and last names.
21    I've used aliases but I've used one or two.
22    Q.    Have you ever the name Tamika Jones?
23    A.    Sounds familiar, yes.
24    Q.    On how many occasions have you used the name
25    Tamika Jones?
```

Not Responsive

1   A.   I don't remember. I can't tell you because I
2   don't want to say one and it was -- I don't know.
3   Q.   Have you ever used the name Darier Williams?
4   A.   Yes. Sounds familiar.
5   Q.   How many times have you used the name
6   Darier Williams?
7   A.   I'm going to say once.
8   Q.   Have you ever used the name Denise Williams?
9   A.   Yes.
10  Q.   How many times have you used the name
11  Denise Williams?
12  A.   I'm going to say once as well.
13  Q.   Did you give the name Tamika Jones to the police
14  when you were arrested?
15  A.   Yes.
16  Q.   Did you give the name Darier Williams to the
17  police when you were arrested?
18  A.   Yes.
19  Q.   Did you give the name Denise Williams to the
20  police when you were arrested?
21  A.   Yes.
22  Q.   Why did you give them aliases?
23  A.   So they wouldn't find out my real name
24  Not Responsive  not knowing, like I said, I would be
25  fingerprinted and they was going to know anyway. I didn't

Not Responsive

1    know that.
2    Q.    So you gave those names believing that the police
3    would not know who you were, is that correct?
4    A.    Yes.
5    Q.    Do you know someone named Misty Wilson?
6    A.    Yes.
7    Q.    How do you know Misty Wilson?
8    A.    I was on Rikers with her.
9    Q.    Were you both housed in Rose M. Singer Center for
10   some period of time?
11   A.    Yes.
12   Q.    Were you in the same house?
13   A.    Yes.
14   Q.    Which house was that?
15   A.    Building 1 and 3.
16   Q.    Building 1 and 3?
17   A.    Yes.
18   Q.    Which side were you on?
19   A.    Building 1 and 3. I don't know. I believe it
20   was building 1. Like walking down the hallway, it was on
21   the left.
22   Q.    When you refer to buildings 1 and 3, is that two
23   sides of a housing area in Rose M. Singer Center?
24   A.    It was like one building and another but it's
25   like together in the pantry.

Not Responsive

```
 1      A.      Yes.
 2              MR. LARKIN:  Can you mark this?
 3              (Whereupon, Conviction List was marked as
 4      Plaintiffs' Exhibit A for identification as of
 5      this date by the Reporter.)
 6      Q.      Ms. [Not Responsive], would you take a look at what we've
 7   marked as Exhibit A and specifically I'm just going to ask
 8   you to look at the second page on the bottom.  It says
 9   plaintiff Jane Doe 2.
10      A.      Okay.
11      Q.      Do you see that on the second page at the bottom?
12      A.      Yes.
13      Q.      Would you please look at the convictions that are
14   set forth under the heading Plaintiff Jane Doe 2 and tell
15   me if you were convicted of each of those crimes?
16              MR. ANDERSON:  Note my objection but you can
17      answer.  I think he directed you to page two.
18      A.      You want me to start with number one?  Yes.
19      Q.      Do you see the heading "Plaintiff Jane Doe 2" at
20   the bottom of page two?
21      A.      Yes.
22      Q.      Just underneath it says "embezzlement guilty
23   verdict on 7/23/2008."  Do you see that?
24      A.      Yes.
25      Q.      Were you convicted of embezzlement on or about
```

```
 1    July 23, 2008?
 2        A.    Yes.
 3        Q.    What did you do to get convicted of embezzlement?
 4              MR. ANDERSON:  Objection, you can answer.
 5        A.    I took some items from a place that I was working
 6    at.
 7        Q.    What did you take?
 8        A.    Like jewelry.
 9        Q.    What was the store that you took the jewelry
10    from?
11        A.    It was called The Painted Daisy.
12        Q.    The Painted Daisy?
13        A.    Yes.
14        Q.    Where was The Painted Daisy located?
15        A.    In High Point, North Carolina.
16        Q.    Were you convicted of embezzlement in the State
17    of North Carolina?
18        A.    Yes.
19        Q.    You went to trial, I take it?
20        A.    No.
21        Q.    Did you plead guilty?
22        A.    Yes.
23        Q.    The interrogatory answer underneath Jane Doe 1,
24    do you see that, on the second page?
25              MR. LOWENTHAL:  Jane Doe 1 or 2?
```

Not Responsive

```
 1               MR. LARKIN:  I'm sorry, forgive me.  I
 2        misspoke.
 3   Q.   On the second page you see Jane Doe 2?
 4   A.   Yes.
 5   Q.   Underneath it, it says embezzlement guilty
 6   verdict on 7/23/2008.  Do you see that?
 7   A.   Yes.
 8   Q.   Did you go to trial on the embezzlement charges
 9   or did you plead guilty?
10   A.   I pled guilty.
11   Q.   You did?
12   A.   Yes.
13   Q.   Have you ever gone to trial on any occasion when
14   you were arrested?
15   A.   No.
16   Q.   Have you pled guilty each time?
17               MR. ANDERSON:  Objection, you can answer.
18               MR. LARKIN:  I'll rephrase the question,
19        actually.
20   Q.   On the occasions when you were convicted of
21   crimes, have you pled guilty each time?
22   A.   Yes.
23   Q.   Have you ever gone to trial, either a bench trial
24   or a jury trial in any of your criminal cases?
25   A.   No.
```