# KAREN B. ROSENBAUM MD

THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY
DIPLOMAT IN PSYCHIATRY
WITH CERTIFICATION IN THE
SUBSPECIALTY OF FORENSIC PSYCHIATRY

49 W 24TH ST, SUITE 908
NEW YORK, NY 10010
T 917 748 5428
F 917 591 6720
KBROSENB@GMAIL.COM

## INDEPENDENT PSYCHIATRIC EXAMINATION

**EXAMINEE:**
**DATE OF BIRTH:**
**DATE OF EVALUATION:** August 17, 2016
**DATE OF REPORT:** November 4, 2016

**PURPOSE OF EXAMINATION:**
I am a board certified psychiatrist, my Curriculum Vitae is attached. I was asked by the attorneys for ████████, Cleary Gottlieb Steen & Hamilton LLP and The Legal Aid Society, to conduct a psychiatric evaluation of ████████ to determine her current psychiatric and emotional health, whether or not she has a psychiatric diagnosis, to determine whether or not she has a condition which was caused or negatively affected by the events that took place while she was incarcerated on Rikers Island, in the Rose M. Singer Center ("RMSC"), and to make treatment recommendations.

The events that took place while ████████ was on Rikers Island, as written in the complaint dated May 19, 2015, included ████████ being "*repeatedly raped and sexually abused by Correction officer Benny Santiago ("Santiago"), who threatened to, and did, punish [her] if [she] resisted or reported his abuse.*"

**OPINION:**
It is my opinion to a reasonable degree of medical certainty that ████████ suffers from Posttraumatic Stress Disorder and that her trauma and current symptoms are directly related to the sexual abuse and assault she experienced by Officer Santiago, while incarcerated at Rikers Island, from February 2013 through May of 2013. ████████ would benefit from intense psychotherapy, trauma support groups, and antidepressant and mood stabilizing medication to help with her symptoms of depression, suicidal ideation, difficulty sleeping, nightmares, flashbacks, poor self-esteem, irritability, and anxiety.

**SOURCES OF INFORMATION:**

- Interview with ████████ on August 17, 2016 for approximately two hours in my office
- Interview with ████████ on September 9, 2016 for approximately one hour in my office
- Review of the complaint written by Mitchell A. Lowenthal of Cleary Gottlieb Steen and Hamilton LLP and William D. Gibney of The Legal Aid Society dated May 19, 2015

Darcell Marshall

- Review of the Deposition of ▉▉▉▉▉ dated June 28, 2016 at 10:18 AM
- Review of the criminal history "RAP sheet" of ▉▉▉▉▉
- Review of pages from the bible and notebook of ▉▉▉▉▉ dated April 17, 2013, April 18, 2013, April 22, 2013, April 23, 2013, May 6, 2013, May 8, 2013, and May 9, 2013
- Review of Medical Records from Correctional Health Services from Rikers Island, Albion, and Goshen Facilities dated February 28, 2009; April 8, 2009; February 8, 2010; March 19, 2010; April 24, 2010; December 3, 2012-April 4, 2014
- Review of Medical Records from The Fortune Society dated July 14, 2014-December 3, 2015
- Review of Plaintiffs' Supplemental Response to Defendant City of New York's Interrogatory No. 14, dated May 27, 2016

**CONFIDENTIALITY:**
I explained to ▉▉▉▉▉ that the interview would not be confidential as it might be used in a written report and I would be speaking with her attorneys. ▉▉▉▉▉ understood and agreed to the interview.

**IDENTIFYING INFORMATION AND RELEVANT PERSONAL AND PSYCHIATRIC HISTORY:**
▉▉▉▉▉ is a 26 year-old woman born in Thomasville, North Carolina, to D▉ M▉ and A▉ W▉, who never married or cohabitated. ▉▉▉▉▉ said she was raised by both parents. She would spend the school year with her mother, and summers and holidays with her father. She said that although she has a relationship with them, it was never the "best relationship." She said that they took care of her because they "had to," but they were never close and never did activities as a family. ▉▉▉▉▉ said she has an older sister, age 29, Dekirah ▉▉▉. Her brother, Anthony ▉▉▉, is 28. She does not really speak to them and described their relationship as "cordial" growing up.

▉▉▉▉▉ said that her mother "had guys in and out." She denied that any of the men were abusive, but said that she had no real step father figure. She said that she and her siblings fought with each other and with their mother. She said that no one knew when their mother would "snap" so there was "lots of tension all the time." She said that their mother would hit them for little things, like leaving dishes in the sink, and she would get bruises. She described her mother as "unstable" and said she only learned a few months ago that her mother was "sniffing coke" when they were younger. She did not know of her mother ever having mental health treatment.

▉▉▉▉▉ said she lived with her mother until she was twelve, and then she moved to her father's house because "things got so bad at home" and she said she was "crying all the time." Her father moved her and her brother to New Jersey. She said that that did not work out either because she had "problems mentally." She said she tried to kill herself more than once and was hospitalized.

▉▉▉▉▉ reported that she was in the psychiatric hospital twice in Bergen County, New Jersey. Prior to the first hospitalization, she had cut her wrists in a suicide attempt. She denied cutting behaviors besides this episode. The second time, she said she tried to swallow bleach.

2

Following the hospitalizations, she said she followed up with outpatient psychiatry affiliated with the hospital for two months, and then saw a private psychiatrist and a therapist for about a year and a half. She said she was placed on medication, Depakote (a mood stabilizer) and another one she did not remember the name of. She said that because of the hospitalizations, her schooling in New Jersey was interrupted. She said she finished eighth grade and part of ninth grade in New Jersey.

said she felt guilty about leaving her mother alone and so she moved back to North Carolina to live with her mother around age fifteen. She said she was never on medication in North Carolina because her mother "did not believe in psychiatry." She said that because the new school wanted her to repeat ninth grade, she dropped out.

said shortly after returning to her mother, she went to a group home after she and her mother "got into a fight," after she could not take her mother beating her anymore. She said that the police were called, and she was arrested. She said she spent thirty days in jail. She said she told the social worker that she cannot live with her mother anymore.

From age fifteen to almost seventeen she was in three different group homes in North Carolina but did not remember the names. In one group home, she had a fight with another girl and was arrested for assault. She then spent six months in a juvenile detention facility.

She returned home to her mother's house the summer before she turned seventeen, in 2007. She said that inevitably they started fighting again and she returned to a group home.

A few months before her eighteenth birthday, was trafficked from North Carolina to New York by a pimp. She eventually escaped from that pimp but became entrapped by another pimp named Hakeem Green. She was first arrested in 2008 for prostitution, and was arrested thirteen more times between 2008 and 2012 for prostitution. (This is confirmed by her RAP sheet.)

Of note, medical records from Rikers from 2009 and 2010 indicate was seen by correctional health services, but denied any symptoms of depression at that time. She denied feeling hopeless or worthless, denied difficulty sleeping, denied history of suicide or feeling suicidal, denied any issues with lacking pleasure in activities. She denied ever being a victim of sexual assault or sexual abuse. She was not given a psychiatric diagnosis and was not seen by mental health at that time.

said that Mr. Green had her travel often. They moved to South Carolina at one point and there was a raid at the strip club where she was working. Law enforcement discovered she had a warrant in North Carolina (from a charge she had accrued in Juvenile Detention when she was sixteen), and she was incarcerated in a facility in North Carolina. She said that in state prison, she discovered she was pregnant and she was not given a choice to terminate the pregnancy.

She said she spent sixteen months in prison in North Carolina. She obtained her GED during that time and she had the baby while in state prison. Her mother could not take care of her child, and so she is in foster care. Baby A is now four years old. said that she has a relationship with her and the foster family and hopes to "go back for her" when she is in a stable situation.

3

▌ denied substance issues. She has drank alcohol in the past but said it was, "not for her" and she denied ever drinking to excess. She said she smoked marijuana on three occasions and got "paranoid so [she] doesn't touch it." She denied using any other illicit substances. This was consistent with what she reported to other medical providers in her medical record.

**HISTORY RELATED TO EVENTS AT RIKERS ISLAND/MEDICAL RECORD REVIEW:**

▌ was released from prison in North Carolina when she was twenty-two. She went back to live with her mother for a month and then returned to New York again with Hakeem Green. She said she "needed him for survival." She had been with him since she was seventeen and did not know how to support herself on her own. She had also been groomed to believe that she could not survive without him, and therefore was completely dependent upon him emotionally, financially, and socially. She described her self-worth being tied in with his approval and acceptance of her.

Two weeks after she returned to New York, she was arrested on a sex trafficking charge and a weapons charge in December of 2012. She said that Mr. Green was beating her. She said she did not even know there was a magnum 45 in the house and that she was implicated in his crimes because she had been with him since she was 17. She was incarcerated on Rikers Island, in RMSC, and reported that she eventually had to register as a level-one sex offender.

▌ said she encountered Officer Benny Santiago in February of 2013. She was moved to the building in RMSC where he was working, Building 11. She related that when she first spoke with him, she was on her way to breakfast. Officer Santiago was at the officer's desk watching videos and listening to music on a phone with other inmates and she went to look at what was going on. She said that he asked her who she was and she introduced herself. She said that he seemed nice at first. (This was consistent with what ▌ reported in her deposition.)

She said that a day or two later, she spoke to him again after breakfast at the officer's desk. She said that Officer Santiago told her she was "really pretty" and asked her what her charges were, and she told him her story. She told him she was hoping to go home soon. She said he told her she had "nice lips" and that he would like her to "suck [his] dick." She was visibly upset while relaying this detail and said that this is difficult to talk about.

She said at that second meeting she and "Santiago" negotiated and agreed that he would give her $100 to give him oral sex. In her deposition she also said that around the time of this meeting, Officer Santiago told her to "be on point." She clarified that he meant, *"Like, as far as him coming to get me or showing me out to get over to Building 11 from Building 9 where I was working. And he told me to make sure that I started working overnights instead of during the day as an SPA as I was."* [As an SPA, (a suicide prevention aide), ▌ said that she offered support to inmates in mental observation, helped them with their trays and watched TV with them or just sat with them.] She said that after this conversation, she began working the nighttime SPA shift in compliance with Officer Santiago's request.

She said that a few days later, he beckoned for her and ▌ performed oral sex. She said he brought her $100 as they had discussed. She described this in more detail in her deposition. ▌ said that he then wanted to have sex. He brought her lipstick, and

4

headphones and other items over multiple occasions. At first she said she acquiesced to his demands. She said that on multiple occasions (4 or 5) they had sex in the janitor's closet at night while he was working, from sometime in February until early May. She said she did not have any support when she was locked up. She felt she owed him and she thought he was helping her at first. However, she said he eventually started "getting aggressive and making [her] have sex with him."

She said she had thought he cared about her in the beginning. She was able to talk to him. She described it as "odd," but she felt like she had a friend. He gave her his home phone number, home address and email address. She said that one day she did not want to have sex with him, and he "turned" on her. She realized right then that he did not really care about her. From then on, she did not want to have sex with him, and she said she felt "disgusted doing it." She said that he pushed her in the closet and told her if she "didn't suck his dick he'd put [her] in the 'Bing.'" [               and other inmates refer to Riker's Punitive Segregation Unit, where inmates are housed in solitary confinement, as the "Bing".] She said that the last time she tried to refuse to have sex with him, he threatened that he would "get [her] jumped."

Of note, On March 8, 2013,              was seen by medical personnel after an accident where she slipped while working in Building 9. She was noted to have "thick white vaginal discharge" and diagnosed with "Vaginitis." [It is unclear from the note if a sexual history was taken. In a prior medical evaluation dated December 3, 2012,              checked 'no' to the question regarding vaginal discharge.]              symptoms and diagnosis could be a medical indicator of recent sexual activity, but not necessarily.

On March 27, 2013,              was given an HIV test, which was negative. [This could have been a follow up to her negative test result from December 2012 due to her high-risk status, or perhaps due to suspicion that she was engaging in sexual activity while incarcerated.]

             reported in her deposition that she was in Building 11 until April and then she was moved to a dorm area. She believes she was moved because people found out about her "dealings with Santiago." In her interview, she said that, "Santiago had her moved out." She also described in her deposition and in her interview that several correctional officers knew what was going on, but that no one stopped Officer Santiago. On April 17, 2013,              was seen for a "mental health intake." She reported "feeling very overwhelmed by her case, family issues, being incarcerated, working as an SPA in Building 9. Pt [patient] states that there are times that there is so much going on that her mind feels blank." She reported *"some mild depression over the years but more recent feeling since incarceration."* Depressive symptoms that were noted included *"guilt/worthlessness, sleep disturbance, poor concentration."* Anxiety symptoms included *"repetitive/intrusive thoughts, sleep changes."* This was the first time she was given a psychiatric diagnosis at Rikers [Adjustment disorder with mixed emotional features, rule out GAD (General Anxiety Disorder)].

From              journal entry dated April 18, 2013, she appears to be somewhat attached to Officer Santiago. She called him "boo" and said that she has *"gotten so addicted to boo I don't want to stop but being here is taking a toll on my mind body and spirit."* [              said she referred to "Santiago" as "boo" in her journal so as not to arouse suspicion should it have been confiscated.] She said at that point she wanted to protect him. She denied ever thinking of him as her boyfriend or someone she loved, just a good friend. In the diary entry, she expressed how

5

much she is *"sick of being in jail, the nasty officers, the conniving inmates, all of it."* She was worried about her mother and wants to get out of jail.

In her deposition, ▮▮▮▮▮ recalled that she was "confused" when Officer Santiago began to push her away. She said, *"For somebody to have been there for you and talk to you, you know, like they were like your best friend forever and they really cared about you and especially being that I didn't have, you know, a lot of outside support, barely, I got attached to that. You know, to having somebody."* She said that "Santiago" told her he cared about her and she chose to believe him, so when he stopped paying attention to her and started being overtly cruel to her, she was confused.

On April 23, 2013, ▮▮▮▮▮ wrote in her journal, *"I am so scarred from it, I am numb to it. I was just using his ass for contraband anyway. He better be careful because I am scarred and I will tell."* In the entry, ▮▮▮▮▮ seems to feel betrayed by the person she is referring to. She said he was a just "a trick at the end of the day" but it is clear she is hurt. She had been counting on him as a source of support. She no longer had Mr. Green and did not feel she had her family or anywhere to go.

▮▮▮▮▮ said that when she was moved out of Building 11 and into the dorm area, she was not sleeping so she went to Correctional Health. According to a note on April 25, 2013, she was given Benadryl 25 mg for sleep. The note said, *"she reports constant worries and intrusive thoughts that she can't quite control at times. States that appetite is 'sometimes too much' and sleeping can be lacking at times. She has trouble falling asleep and partly attributes that to her dorm environment."* Under history of trauma, she reported physical abuse perpetrated by the father of the baby." (Hakeem Green.) She was given Benadryl 25 mg.

▮▮▮▮▮ said in her interview that she does not believe she was trying to protect Officer Santiago at the time but she was afraid to talk about him because of what he and others might do to her.

She was diagnosed with "Adjustment disorder with mixed emotional features on April 30, 2013. At this visit, she said she was still too afraid to tell anyone what was happening with "Santiago." She also did not reveal her remote psychiatric history at that time.

▮▮▮▮▮ said that around May 2013, she was caught with contraband that Officer Santiago had given to her. She was subsequently moved out of the dorms and back to Building 11. Her fears of retaliation if she had told anyone about Officer Santiago were realized when, upon her return to Building 11, he and others accused her of reporting him. She said when she returned to Building 11, "they" would not let her out of her cell to eat or anything.

Her Benadryl was increased to 50 mg on May 2, 2013, but she reported less anxiety at this visit. She also reported "Sexual involvement with DOC [Department of Correction] staff on 5/2/2013," according to the mental health note written on May 10, 2013. On May 5, 2013, ▮▮▮▮▮ was seen by medical for difficulty sleeping. She was given a diagnosis of "Anxiety State, other, NOS."

▮▮▮▮▮ journal entry on May 6, 2013 supports ▮▮▮▮▮ statements that other inmates and possibly correctional officers were bothering her at this time. She wrote, *"Everything I worked for is gone. Well not really everything. I just got pressed for hours by these*

6

*big ass dudes…these bitches is mad and they can stay mad."* On May 8, 2013, she wrote, *"So this trick ass bitch nigga really want to play games with me."* She wrote in the middle of the entry, *"I'M TELLING EVERYTHING."* She also wrote, *"…I'm telling about niggas hitting me and choking me in the slop sink. I'm telling about us f_cking and everything. I do mean EVERYTHING!!!…Then these little bitches act like they want to jump me over some sh_t that they know nothing about."* She said in her deposition that around this time Officer Santiago choked her, shook her, and slapped her in the context of a fight.

On May 9, 2013, according to a mental health note, *"PT [patient] reports anxiety, being overwhelmed due to alleged incident with DOC, IG [Department of Investigation, Inspector General] investigation."* She was noted to be generally calm, with anxious and moderately depressed mood. On this same day, ▮▮▮▮▮▮ wrote in her journal, *"Now that I got this ball rolling I'm okay…I'm literally going to turn into the biggest snitch ever! Not playing."*

According to the note on May 10, 2013, ▮▮▮▮▮▮ *"reports that she did not have an easy night, feels targeted but denies feeling unsafe. Pt often states 'I don't care' but conversely expresses her anger about how 'stupid' she feels."* Her mood was described as "Anxious, Moderately Depressed, slightly irritable." She was given the diagnosis Adjustment Disorder with mixed emotional features, rule out Generalized Anxiety Disorder (GAD).

An addendum to this note read, *"Pt was seen today following up on referral from medical for: 'this patient is [complaining of] anxiety and depression concerning IG investigation with possibility of DOC staff involvement.' Pt reported to this MHC [mental health counselor] that there may have been some sexual involvement with DOC, which was creating anxiety for pt."*

On May 10, 2013, ▮▮▮▮▮▮ was given a third HIV test while incarcerated at Rikers, with negative results as well. She was also given a test for Chlamydia and RPR (for syphilis), both of which were negative, and she had a negative pregnancy test.

▮▮▮▮▮▮ said that she let Mental Health know what was going on finally and they brought in IG. She said she was moved to Building 8, protective custody. She said she was harassed there too and was told she was "ruining Santiago's life."

From Building 8, ▮▮▮▮▮▮ was then moved to Orange County Correctional Facility in Goshen, NY. She said she saw mental health there but said she still found it difficult to talk about what happened at Rikers. She said she felt she was "in shock" and could not talk about what happened.

According to the Orange County records, ▮▮▮▮▮▮ complained of burning and itching on urination. The urine analysis results were inconclusive, showing mixed bacteria. She was prescribed Ciprofloxacin (an antibiotic) 500 mg twice per day for three days. She also had a rash on her thigh and vaginal discharge. On her health intake dated May 14, 2013, the only question she answered 'yes' to was, *"have you ever been abused by anyone, (sexual, physical or emotional)"* and she circled sexual. She said this referred to what happened at Rikers. She was diagnosed with Posttraumatic Stress Disorder (PTSD) at Orange County.

She was then moved to Bedford after she was sentenced. Even though she denied being involved in the crimes of Hakeem Green, she said she pled guilty because she wanted to get out of Rikers and her situation as soon as possible.

███████

███████ was transferred to Bedford Correctional Facility in August of 2013. She saw mental health there as well. She was put on suicide watch on August 19, 2013, according to the record. The record indicated that she scratched her left forearm with a spoon because she was upset about "being in the facility and to get officers attention." The note indicated she had five scratches on her forearm and that the bleeding had already stopped.

███████ said she scratched herself because she was scared there. She worried about being sexually assaulted again as she had been on Rikers Island. At Bedford she was started on medication. According to the record, on September 13, 2013, she was prescribed Risperidone 0.5 mg (Risperdal, a mood stabilizer and antipsychotic) and Sertraline 50 mg (Zoloft, an antidepressant)

On September 26, 2013, at Bedford, she had an episode of lightheadedness in the bathroom and saw a nurse. Her vitals were stable. ███████ believed that it was "panic." She also complained of not being able to breathe on September 30, 2013.

███████ was sent to Albion Correctional Facility in the Fall of 2013. She saw mental health there as well. At Albion she was diagnosed with PTSD as well and was given Zoloft 25 mg and Risperdal 0.5 mg. According to the note on April 3, 2014, she was diagnosed with PTSD and Mood disorder NOS (not otherwise specified), and was prescribed Risperdal 1 mg and Zoloft 25 mg. She had symptoms of "depression, irritability, anger." She said that she saw a counselor every other week at Albion.

She returned to Rikers Island, and specifically to RMSC, on March 26, 2014, for her Sexual Offender Registration Act ("SORA") hearing and was seen by mental health initially on March 28, 2014. She told them, "I'm from Bedford, I take Risperdal and Zoloft, I need my medication for PTSD. Depression and PTSD over 'sexual assault.'" She was diagnosed with PTSD but was not placed back on her meds according to the note.

On April 2, 2014 ███████ was seen by mental health again. She said that she was in General Population at first, then she was put in the "Bing." On April 2, 2014 she was seen from the Bing, *"she reports resurgence of mood swings, irritability, depressed mood, since being off of her medications. Patient endorses distrust of DOC and gives following account 'because of what an officer did to me here last year, I don't know what they are going to do, they said I owed Bing time, but I don't, I really don't know why they put me in the Bing.' Pt involved mental health since incarceration at Rikers Island in April of 2013. She denied having any previous psychiatric encounters. No history of psychiatric hospitalizations reported."* Under history of trauma, she answered 'yes' to the question 'Have you ever been physically or sexually abused or violently traumatized' and reported the 'Physical, Sexual' abuse took place at 'Rikers Island' from "February to May 2013." It was recognized she was diagnosed with PTSD at Albion. She reported feeling "depressed, stressed out, don't know what to expect." She was given the diagnoses of Posttraumatic Stress Disorder and Mood Disorder NOS. Although, according to the medical records, her medications – Risperdal 1 mg and Zoloft 25 mg. – were ordered, ███████ said she never received them while back at RMSC.

At the interview, ███████ recalled that she was "re-traumatized" being back at Rikers, in the "Bing," on no medication. She said she cried all night while she was there.

8

After she was released in June of 2014, as a condition of her supervised release, she was referred for treatment on Long Island at the Fortune Society. She said she asked for the treatment and wanted to go. She had a psychiatric intake on July 22, 2014. During the intake, she endorsed trauma from being raped while working as a prostitute. She also said she was *"raped by a correctional officer on Rikers Island in 2013…The client shared her physical and sexual abuse as a major life stressor that traumatized her extensively."*

She had psychiatric evaluations on July 23, 2013 and April 14, 2015. The notes indicated that she had been stable and managed on Risperdal 0.25 mg and Zoloft 25 mg daily. However, she complained of *"nightmares, recurrent intrusive recollections of traumatic experiences. At the time she was also having angry outbursts, and was hypervigilant and fearful of something about to go wrong."* She also revealed that *"she was a survivor of multiple rapes and beatings and had been brainwashed by a pimp who is currently incarcerated for sex trafficking. Client says that at Rikers Island she was also exploited by a corrections officer. Latter abuse ended when she called the corrections I.G. at the advice of another incarcerated woman."* At this visit, she was found to be lactating due to the Risperdal and her medication was changed to Abilify (a mood stabilizer). Her diagnoses included PTSD and Bipolar Disorder. She had also been prescribed Topamax for mood stabilization, which ▓▓▓▓ said also made her lactate. She also said it was not that helpful, which she shared with her psychiatrist as well. A note from September 2015 indicated that, *"when she feels 'stressed' Topamax does not calm her like her previous medications."*

▓▓▓▓ said she stopped going to Fortune Society in September of 2015, due to issues with money and her relationship. Her last note showed that she came with her boyfriend, now husband, as they were having relationship issues. She also said her primary counselor there, Mr. Giles, was on vacation for a while. She said she plans to go back. She recognized that she needs treatment because she is suffering as described below.

**CURRENT SYMPTOMS:**

▓▓▓▓ admitted that she "blames [herself] for everything for being dumb." She said her pimp, Hakeem Green, was 15 to 17 years older than she was when she ran away with him. She said that Officer Santiago was around 20 years older than she was. She felt that both took advantage of her but she blames herself. She said that she felt depressed when she was younger but believes that it is worse now. She said when she was released on parole, she used to cry every five minutes. She would speak to people and cry and could barely get out of bed. She felt guilty about herself and felt her life was over. She said she felt that no one cares about her.

She also admitted to feeling angry, lost and irritable. She said she was lost on the way to the interview and became irritable and agitated. She "feels on edge" and "barely sleeps." She said she can only sleep a few hours per day.

▓▓▓▓ said that she has flashbacks to traumatic events. She said that despite having multiple traumas in her life, she "Never had flashbacks before stuff with Santi" (as she sometimes refers to CO Santiago). She said that she is mistrustful of people now. For example, when her husband tells her something, she thinks about "Santi" and wonders if he is lying. She said she sometimes has nightmares. She said when she sees police officers or authority figures she feels fear and tries to stay away from them.

9

She said she is still "dealing with stuff that happened when [she] was younger, then with [her] pimp, then Santiago and now [her] husband." She said she feels she has lost everything and feels hopeless.

▮▮▮▮▮▮▮▮ said that she sometimes has suicidal thoughts. She said she recently acted out as well and cut herself two weeks prior to the interview, and took pills one week prior to the interview. She said she threw the pills back up. She does not feel suicidal currently and said that it "comes and goes." She said she would go back to treatment.

**MENTAL STATUS EXAMINATION:**
▮▮▮▮▮▮▮▮ was dressed casually with good grooming and hygiene at both visits. She was pleasant and cooperative, and made eye contact. She did not exhibit any psychomotor retardation or agitation. She spoke with a normal rate, rhythm, volume, and productivity. Her mood was "depressed and anxious." She admitted to feeling "irritable" on her way to my office when getting lost. Her affect was appropriate to content, tearful when relating incidents at Rikers. She said she felt mistrustful of people and situations. At her second interview on September 9, 2016 she said that when she was at the women's shelter in the Bronx, there were men working there and she felt like she was back in jail. She said that the men were taking advantage of the women residents and it felt the same as being "locked up in Rikers." She denied frank paranoia. She denied auditory or visual hallucinations. Her thought process was goal oriented. Her cognition was intact as evidenced by the interview process.

**DSM 5 DIAGNOSES:**
Posttraumatic Stress Disorder
s/p cholecystectomy age 16

**SUMMARY AND CONCLUSIONS:**
▮▮▮▮▮▮▮▮ is a 26 year-old woman with a history of childhood abuse and neglect, and a history of depression and mood instability as a child. When she was a teenager, she lacked support and was largely neglected. She ran away and was groomed at age seventeen by Hakeem Green to become a prostitute. She was in trouble with the law and became more alienated from her family and more dependent on him for reasons described earlier. She was with Mr. Green from age seventeen until she was incarcerated at Rikers. While exploited by Mr. Green, she was used to being treated poorly and surviving on scraps of attention and approval, while working in dangerous and abusive situations. When ▮▮▮▮▮▮▮▮ was first incarcerated at Rikers, she was not happy to be there but she expected to be safe from the abuse she had experienced for much of her life. However, in February 2013 she came into contact with Officer Santiago, who – although responsible for the care, custody and control of all inmates he guarded at RMSC – took advantage of his position of authority to sexually assault, sexually abuse, and mistreat her.

In all forensic psychiatry cases, it is important to consider malingering. In this case, I ruled out the possibility that ▮▮▮▮▮▮▮▮ was feigning her symptoms for secondary gain and it is my opinion to a reasonable degree of medical certainty that ▮▮▮▮▮▮▮▮ was repeatedly raped by Officer Santiago as has been described in her deposition, in her interviews, in the complaint, and in the medical records.

10

███████ believed that Officer Santiago cared about her, just as she believed Mr. Green cared about her prior to his overt betrayal of her when he was arrested. (According to ███████ when she and Mr. Green were arrested, he did not protect her. She said that she had nothing to do with his crimes and was also a victim, but he would not issue a statement to that effect.) In contrast, Officer Santiago was paid to protect her, and instead he used his power to control her not only by sexually assaulting her, but by using her vulnerability to his advantage and playing with her emotions. In my professional opinion, throughout her life, ███████ used the coping mechanism of 'reaction formation' in order to deal with intolerable situations. An example of 'reaction formation' is when a mother is yelling or angry, the child adopts an opposite reaction from how he or she really feels and might hug or express love for his or her mother, when inside the child might feel fear, anger, or hurt. This 'defense mechanism' is thought to underlie the phenomenon known as 'Stockholm Syndrome,' in which victims become attached to and identify with their captors. This can occur in any situation in which there is an imbalanced power dynamic. For example, a child and an abusive parent, a pimp and a prostitute, a gunman and a hostage, or a correctional officer and an inmate.

███████ grew up with an unstable mother and, as a child, would often attempt to escape from the abuse. However, she was also dependent upon and attached to her mother and would feel guilty for leaving her and then would return, only to have the abuse start all over again. This dynamic repeated itself when she ran away with Mr. Green. Her coping mechanism made ███████ the perfect target for Officer Santiago. She described in the medical records that her biggest asset is "loyalty," but this is also her weakness. She does not give up on people because she could not give up on her unstable mother who was her primary caretaker and was supposed to love and protect her. She learned to trust and see the best in those in positions of authority or power over her no matter how they treated her. (Even in jail, she wrote in her journal that she needed to go home to her mom because her mom needs her.)

In some ways, ███████ defenses served her well. Despite her traumatic upbringing and past, she appeared well adapted and did not seem to have any psychiatric symptoms when she first was incarcerated at Rikers Island in December of 2012. She did not seek out mental health treatment in February or March, while she was regularly being sexually assaulted by Officer Santiago. While she was experiencing the trauma, she was focused on survival and was in 'fight or flight' mode. Symptoms of PTSD develop after the trauma, which is why they are referred to as 'Post-traumatic' stress symptoms.

It was only when the sexual abuse by Officer Santiago (her captor whom she believed cared about her) abruptly ended that she became emotionally unstable and sought treatment, first at Rikers and then while incarcerated at Bedford Hills and Albion Correctional Facilities. ███████ was treated for mood instability, depression, and suicide attempts when she was thirteen. She then went years without treatment, but started psychiatric medications again when she went to Bedford Hills. There she was started on a mood stabilizer and an antidepressant. She was depressed, suicidal, had mood swings, anxiety, nightmares, flashbacks, and difficulty sleeping. She was diagnosed with Posttraumatic Stress Disorder and later with Bipolar Disorder.

Posttraumatic Stress Disorder (PTSD) as outlined in the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) is defined as:

11

*A. Exposure to actual or threatened death, serious injury, or **sexual violence** in one (or more) ways: 1. Directly experiencing the traumatic event(s)....*
*B. Presence of one (or more) of the following intrusion symptoms associated with the traumatic event(s), beginning **after** the traumatic event(s) occurred:*
    *1. Recurrent, involuntary, and intrusive distressing memories of the traumatic events.*
    *2. Recurrent, distressing dreams in which the content and/or affect of the dream are related to the traumatic event(s).*
    *3. Dissociative reactions (i.e. flashbacks) in which the individual feels or acts as if the traumatic events were recurring.*
    *4. Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).*
    *5. Marked physiological reactions to internal or external cues that symbolize or resemble an aspect of traumatic event(s).*
*C. Persistent avoidance of stimuli associated with the traumatic event(s), beginning after the traumatic event(s) occurred, as evidenced by one or both of the following:*
    *1. Avoidance of or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).*
    *2. Avoidance of or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).*
*D. Negative alterations in cognitions and mood associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:*
    *1. Inability to remember an important aspect of the traumatic event(s)*
    *2. Persistent and exaggerated negative beliefs or expectations about oneself, others, or the world (i.e. I am bad," "No one can be trusted," "The world is completely dangerous," etc.)*
    *3. Persistent, distorted cognitions about the cause or consequences of the traumatic event(s) that lead the individual to blame himself/herself or others.*
    *4. Persistent negative emotional state (i.e. fear, horror, anger, guilt, or shame)*
    *5. Markedly diminished interest or participation in significant activities*
    *6. Feelings of detachment or estrangement from others.*
    *7. Persistent inability to experience positive emotions (i.e. inability to experience happiness, satisfaction, or loving feelings).*
*E. Marked alterations in arousal and reactivity associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:*
    *1. Irritable behavior and angry outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects*
    *2. Reckless or self-destructive behavior*
    *3. Hypervigilance*
    *4. Exaggerated startle response*
    *5. Problems with concentration*
    *6. Sleep disturbance (i.e. difficulty falling or staying asleep or restless sleep)*
*F. Duration of the disturbance (Criteria B, C, D, and E) is more than one month*
*G. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.*

H. The disturbance is not attributable to physiological effects of a substance or another medical condition.

Although ▓▓▓ has been diagnosed with a separate mood disorder at various facilities, all of ▓▓▓ symptoms fit under the diagnosis of PTSD. When, as a minor, ▓▓▓ was in New Jersey at her father's house, she was away from the traumatic environment of her mother's home for the first time. This is when she developed PTSD symptoms for the first time, which led to her hospitalizations. Out of self-blame and guilt, she returned to her mother, which then led to her dropping out of school, incarceration, and a five year relationship with a pimp. When she was at Rikers, she was re-traumatized through the sexual abuse of Officer Santiago and her symptoms returned and have persisted and at times worsened. They worsened when she had to return to RMSC for her SORA hearing. She was back in the environment where her trauma took place, and where the man who traumatized her worked, and in the institution that turned its back on her. She had no choice but to confront what happened to her and to re-experience the trauma. She was also threatened and placed in solitary confinement.

In general, ▓▓▓ avoids thinking about the trauma. She stated in her deposition several times that she "hated talking about this" and she said that in her interviews with this writer as well. At one point during the deposition, she was clearly upset and said, *"Like, I told you in between that time I try not to keep remembering this. Specific dates and exactly what happened. Like sh_t happened and to keep talking about it over and over again, it's hard, you understand? You just don't want to keep waking up in the morning like I have to remember March, no, no. I don't want to remember that so it's been buried. I don't just remember. It's not even that I remember, I make myself forget about this sh_t."* Her statement is consistent with Criteria C(1.) of Posttraumatic Stress Disorder.

It is my opinion to a reasonable degree of medical certainty that ▓▓▓ suffers from Posttraumatic Stress Disorder and that her trauma and current symptoms are directly related to the sexual abuse and assault she experienced by Officer Santiago, while incarcerated at Rikers Island from February 2013 through May of 2013. While ▓▓▓ trauma history made her vulnerable to the development of PTSD, her symptoms developed and have persisted in the aftermath of Santiago sexually assaulting her in jail. ▓▓▓ would benefit from intense individual psychotherapy, trauma support groups, and antidepressant and mood stabilizing medications to help with her symptoms of depression, suicidal ideation, difficulty sleeping, nightmares, flashbacks, poor self-esteem, self-blame, irritability, and anxiety.

Sincerely,

*Karen Rosenbaum*
Karen B. Rosenbaum, MD
Board Certified Forensic Psychiatrist

13