

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1 and JANE DOE 2, on behalf of themselves and all similarly situated women,

        Plaintiffs,

-against-

THE CITY OF NEW YORK and BENNY SANTIAGO,

        Defendants.

---

**STIPULATION OF DISCONTINUANCE**
15 Civ. 3849 (AKH)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for Plaintiffs and Defendant Benny Santiago, that no party to this Stipulation is an infant or an incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action is discontinued with prejudice as to Defendant Benny Santiago and without costs or disbursements to either. A copy of this stipulation shall be deemed an original for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Executed this 22nd day of MAY, 2017

By: _____
James L. Bromley
jbromley@cgsh.com

Of Counsel:
Mitchell A. Lowenthal
mlowenthal@cgsh.com
Josh E. Anderson
jeanderson@cgsh.com

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

William H. Gibney
wdgibney@legal-aid.org
Marlen S. Bodden
mbodden@legal-aid.org

Barbara P. Hamilton
*bphamilton@legal-aid.org*
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038
Tel: (212) 577-3300

*Attorneys for Plaintiffs*


Executed this __19__ day of __May__, 2017

KOEHLER & ISAACS LLP

By: _____
Liam L. Castro, Esq.

61 Broadway, 25th Floor
New York, New York 10006
(917) 551-1333

*Attorney for Defendant Benny Santiago*


**SO ORDERED:**

_____
**U.S.D.J.**

5-25-2017

2