USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/26/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

JANE DOE 1 and JANE DOE 2,

                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-3849 (AKH)

        **WHEREAS,** plaintiffs Jane Doe 1 and Jane Doe 2 and the City have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation as between them, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed as against the City only, with prejudice; and

        2.    Notwithstanding the dismissal of plaintiffs' claims against the City in accordance with this agreement, and those certain stipulations of settlement (the "Settlement Stipulations") between Jane Doe 1, on the one hand, and the City, on the other; between Jane Doe 2, on the one hand, and the City, on the other; and between counsel for plaintiffs, on the one hand, and the City, on the other, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the Settlement Stipulations.

Dated: New York, New York
      May 1, _____, 2017

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>*Attorneys for Plaintiff*<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br><br>By: _____<br>    James L. Bromley<br>    *Attorney for Plaintiffs* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____ 5/25/2017<br>    Arthur G. Larkin<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2017

2